

# Miccosukee Tribe of Indians
## of Florida

**Business Council Members**
Colley Billie, Chairman

Jasper Nelson, Ass't. Chairman
Jerry L. Cypress, Treasurer

Andrew Bert Sr., Secretary
William M. Osceola, Lawmaker

June 30, 2012

BILLY CYPRESS
15621 SW 8 Lane
Miami, FL 33185

RE:   DEMAND LETTER

Dear Mr. Cypress:

The undersigned represents the Miccosukee Tribe concerning its civil theft claim against you in connection with a pattern of activity spanning from the year 2005, through and including 2009, during which time funds were misappropriated by means of fraud from the Miccosukee Tribe.

Pursuant to Florida Statutes Section 772.11, a civil remedies act, the Miccosukee Tribe may and will move forward with a civil theft claim against you.

<u>We ask that you settle this matter by making payment to us in the amount of $78,000,000.00 within thirty (30) days of the date of this letter.</u> Upon receipt of your full payment and clearance of funds, you will receive a written release of the civil theft claim. Payment should be made payable and mailed to:

**Miccosukee Tribe of Indians of Florida**
**Attn:  Jerry Cypress, Treasurer, Miccosukee Business Council**
**P.O. Box 440021, Tamiami Station**
**Miami, Florida 33144**

Should payment fail to be made on time or payment arrangements not be set up within the above stated time period, the Miccosukee Tribe will continue to take further civil action. The Miccosukee Tribe, in the event that payment is



P.O. Box 440021, Tamiami Station, Miami, Florida 33144, (305) 223-8380, fax (305) 223-1011
Constitution Approved by the Secretary of the Interior, January 11, 1962

not fulfilled, will pursue the civil theft lawsuit, in which it will seek any available attorney's fees, court costs and other legal expenses throughout such litigation. If successful in any such litigation, we estimate that the Miccosukee Tribe would be seeking a final judgment, which would include damages, our legal fees, and court costs up to the maximum amounts allowed by law which could therefore, exceed the amount demanded above.

It is strongly encouraged for you to make payment within the time period requested above to avoid further civil requests.

Thank you for your attention in this matter.

Sincerely,

Bernardo Roman III,
Tribal Attorney


cc: Miccosukee Business Council