UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-22439-COOKE/BANDSTRA

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a sovereign nation and
federally recognized Indian tribe,

    Plaintiff,

vs.

BILLY CYPRESS; DEXTER WAYNE
LEHTINEN, ESQUIRE; MORGAN STANLEY
SMITH BARNEY; JULIO MARTINEZ;
MIGUEL HERNANDEZ; GUY LEWIS,
ESQUIRE; MICHAEL TEIN, ESQUIRE;
AND LEWIS TEIN, PL, A PROFESSIONAL
ASSOCIATION,

    Defendants.
_____/

**DEFENDANTS' GUY LEWIS, ESQUIRE, MICHAEL TEIN, ESQUIRE, AND LEWIS TEIN, PL'S NOTICE OF FILING MOTION FOR SANCTIONS**

Defendants, GUY LEWIS, ESQUIRE, MICHAEL TEIN, ESQUIRE, and LEWIS TEIN, PL (the "Lewis Tein Defendants"), give Notice of Filing their Motion for Sanctions and Memorandum of Law in Support served August 14, 2012 (the "Rule 11 Motion"), together with the accompanying Return Receipt, true and correct copies of which are attached as Composite Exhibit A.

**CERTIFICATE OF GOOD FAITH CONFERENCE
PURSUANT TO LOCAL RULE 7.1(a)(3) AND RULE 11**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel has conferred with Bernardo Roman, III, counsel for Plaintiff, and is authorized to represent that the Plaintiff objects to the relief sought under Rule 11 as set forth in the attached Motion. Pursuant to Rule 11, Fed. R. Civ.

P., undersigned counsel further certifies that more than 21 days have elapsed since service of the attached Motion on Plaintiff's counsel.

>　　*/s/ D. David Keller*
>　　D. David Keller
>　　Fla. Bar No. 288799
>　　Keller Landsberg PA
>　　500 East Broward Boulevard, Suite 1400
>　　Fort Lauderdale, FL  33394
>　　Telephone:  (954) 761-3550
>　　Facsimile:  (954) 525-2134
>　　Email:  david.keller@kellerlandsberg.com
>　　*Counsel for Defendants Guy Lewis, Esquire,*
>　　*Michael Tein, Esquire, and Lewis Tein, PL*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 24, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      Respectfully submitted,

      */s/ D. David Keller*
      D. David Keller

## SERVICE LIST

**Bernardo Roman, III, Esq.**
**Yinet Pino, Esq.**
**Yesenia Rey, Esq.**
Miccosukee Tribe of Indians of Florida
P. O. Box 440021, Tamiami Station
Miami, FL  33144
Telephone:  (305) 894-5214
Facsimile:  (305) 894-5212
Primary Email:  bromanlaw@bellsouth.net
Secondary Emails: yesenia@bromanlaw.com; yinet@bromanlaw.com; yumy@bromanlaw.com
*Counsel for Plaintiff*

**Bruce S. Rogow, Esq.**
**Tara A. Campion, Esq.**
Bruce S. Rogow, P.A.
500 East Broward Boulevard
Suite 1930
Fort Lauderdale, FL  33394
Telephone:  (954) 767-8909
Facsimile:  (954) 764-1530
Email:  brogow@rogowlaw.com
Email:  tcampion@rogowlaw.com
*Counsel for Defendant, Morgan Stanley*

**Scott A. Lazar, Esq.**
Koltun & Lazar, P.A.
7901 S.W. 67th Avenue, 1st Floor
South Miami, FL  33143
Telephone:  (305) 595-6791
Facsimile:  (305) 595-5400
Email:  scott@koltunlazar.com
*Counsel for Defendant, Miguel Hernandez*

**Manuel A. Avila, Esq.**
Manuel A. Avila, Esq. & Associates, P.A.
11120 North Kendall Drive, Suite 200
Miami, FL  33176
Telephone:  (305) 249-1111
Facsimile:  9305) 647-0686
Email:  mavila@avilalegal.com
*Counsel for Defendant, Julio Martinez*

**Bryan T. West, Esq.**
Tew Cardenas LLP
1441 Brickell Avenue, 15th Floor
Miami, FL  33131
Telephone:  (305) 536-1112
Facsimile:  (305) 536-1116
Email:  btw@tewlaw.com
*Counsel for Defendant, Dexter Lehtinen*