IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CV-22439-COOKE/BANDSTRA

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a sovereign nation and
Federally recognized Indian tribe,

    Plaintiff,

vs.

BILLY CYPRESS; DEXTER WAYNE
LEHTINEN, ESQUIRE; MORGAN STANLEY
SMITH BARNEY; JULIO MARTINEZ;
MIGUEL HERNANDEZ; GUY LEWIS,
ESQUIRE; MICHAEL TEIN, ESQUIRE;
AND LEWIS TEIN, PL, A PROFESSIONAL
ASSOCIATION,

    Defendants.
_____/

**DEFENDANT JULIO MARTINEZ'S**
**NOTICE OF JOINDER IN DEFENDANTS GUY LEWIS, ESQUIRE, MICHAEL TEIN,**
**ESQUIRE, AND LEWIS TEIN, PL'S MOTION TO REQUIRE PLAINTIFF TO FILE**
**A RICO CASE STATEMENT**

Defendant Julio Martinez hereby files his Notice as to his Joinder in the Motion, filed August 6, 2012, by Defendants Guy Lewis, Esquire, Michael Tein, Esquire and Lewis Tein, PL, to Require Plaintiff to File a RICO Case Statement (the "**Motion to Compel**") in all respects as to the legally insufficient allegations made in the Amended Complaint against Julio Martinez and Julio Martinez further joins in the Reply to Plaintiff's Response to Defendants' Motion to Compel, filed by Defendants Lewis Tein on August 30, 2012 (the "**Reply**") [D.E. 14, 20]. Julio Martinez hereby incorporates on his own behalf said Motion to Compel and Reply filed by Lewis Tein as if fully set forth herein.

1

WHEREFORE, Defendant Julio Martinez requests that this Court grant the Motion to Compel and Require Plaintiff to file a Civil RICO Case Statement as set forth in Local Rule 12.1(2010) within thirty (30) days.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has previously conferred with Bernardo Roman, III, counsel for the Plaintiff, in a good faith effort to resolve the issues raised by this Motion, but has been unable to do so.

Respectfully submitted this 1st day of October, 2012.

*s/ Manuel A. Avila*
Manuel A. Avila
Fla. Bar No. 868787
**MANUEL A. AVILA, ESQ.**
**& ASSOCIATES, P.A.,**
11120 N. Kendall Drive
Suite 200
Miami, Florida 33176
Telephone: 305 249-1111
Facsimile:  1-305 647-0686
Email: mavila@avilalegal.com
*Counsel for Defendant Julio Martinez*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 1, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        Respectfully submitted,

        *s/ Manuel A. Avila*
        Manuel A. Avila
        Fla. Bar No. 868787

## SERVICE LIST

*Counsel for Plaintiff*

**Bernardo Roman, III, Esq.**
Law Offices of Bernardo Roman III
1250 SW 27 Ave, Suite 506
Miami, FL  33135
Telephone:  (305) 643 7993
Facsimile:   (305) 643 7995
Email:  bromanlaw@bellsouth.net

Yinet Pino
Law Offices of Bernardo Roman III
1250 SW 27 Ave, Suite 506
Miami, FL  33135
Telephone:  (305) 643 7993
Facsimile:   (305) 643 7995
Email:  Yinet@bromanlaw.com

Yesenia Fatima Rey
Law Offices of Bernardo Roman III
1250 SW 27 Ave, Suite 506
Miami, FL  33135
Telephone:  (305) 643 7993
Facsimile:   (305) 643 7995
Email:  Yesenia@bromanlaw.com


*Counsel for Defendants Guy Lewis, Esquire, Michael Tein, Esquire, and Lewis Tein, PL*

Jeffrey Michael Cohen
Carlton Fields, P.A.
100 S.E. 2nd Street, Suite 4000
Miami, FL  33131
Telephone:  (305) 530-0050
Facsimile:  (305)  530-0055

*Counsel for Morgan Stanley Smith Barney*

**Bruce S. Rogow, Esq.**
**Tara A. Campion, Esq.**
Bruce S. Rogow, P.A.
500 E. Broward Blvd., Ste. 1930
Fort Lauderdale, FL  33394
Telephone:  954-767-8909
Facsimile:  954-767-1530

Email:  brogow@rogowlaw.com
Email:  tcampion@rogolaw.com

*Counsel for Miguel Hernandez*

**Scott Alan Lazar, Esq.**
Koltun & Lazar
7901 SW 67th Ave.
Suite 100
Miami, FL  33143
Telephone: 305-595-6791
Facsimile:  305-595-5400
Email: scott@koltunlazar.com

*Counsel for Dexter Wayne Lehtinen*

**Bryan Thomas West**
Tew Cardenas LLP
Four Seasons Tower
1441 Brickell Avenue
15th Floor
Miami, FL  33131-3407
Telephone: (305) 536-1112
Facsimile:  (305) 536-1116
Email: btw@tewlaw.com