UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 12-CV-22439-COOKE/Bandstra

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a sovereign nation and
federally recognized Indian tribe,

    Plaintiff,

vs.

BILLY CYPRESS, DEXTER WAYNE
LEHTINEN, ESQUIRE, MORGAN STANLEY
SMITH BARNEY, JULIO MARTINEZ,
MIGUEL HERNANDEZ, GUY LEWIS,
ESQUIRE, MICHAEL TEIN, ESQUIRE
AND LEWIS TEIN, PL, A Professional
Association.

    Defendants.
_____/

## MICCOSUKEE TRIBE'S MOTION TO REQUEST LEAVE TO AMEND AMENDED COMPLAINT AND REQUEST FOR AN EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT DEXTER LEHTINEN'S MOTION TO DISMISS AND DEFENDANT MIGUEL HERNANDEZ'S MOTION TO DISMISS

COMES NOW, the Plaintiff, the Miccosukee Tribe of Indians of Florida, by and through undersigned counsel and files this Motion to Request Leave to Amend Amended Complaint and Request for an Extension of Time to File the Response to Defendant Dexter Lehtinen's Motion to Dismiss and Defendant Miguel Hernandez's Motion to Dismiss. In support thereof it states:

    1.    On July 1, 2012, the Miccosukee Tribe filed a seven (7) count Complaint against Defendants Billy Cypress (hereinafter, "Cypress"), Dexter W. Lehtinen (hereinafter, "Lehtinen"), Morgan Stanley Smith Barney (hereinafter, "Morgan Stanley"), Julio Martinez

1

(hereinafter, "Martinez"), Miguel Hernandez (hereinafter, "Hernandez"), Guy Lewis (hereinafter, "Lewis"), Michael Tein (hereinafter, "Tein") and Lewis Tein PL for: (1) RICO; (2) Conspiracy to commit RICO; (3) Embezzlement; (4) Civil Theft; (5) Fraud; (6) Aiding and Abetting Fraud; and (7) Breach of Fiduciary Duty. [D.E. No.1].

2. On July 31, 2012, the Miccosukee Tribe filed an Amended Complaint which added two (2) counts for Florida Civil RICO and Fraudulent Misrepresentation, and requested equitable and injunctive relief. [D.E. No. 13].

3. On August 6, 2012, Defendants Lewis, Tein and Lewis Tein P.L. filed a Motion to Require Plaintiff to File a Rico Case Statement. [D.E. No. 14].

4. On October 1, 2012, Defendant Lehtinen filed a Motion to Dismiss Amended Complaint [D.E. No. 41] and Defendant Hernandez filed a Motion to Dismiss or For More Definite Statement And/Or to Require Plaintiff to File a RICO Case Statement [D.E. No. 42].

5. Currently, the deadline for the Miccosukee Tribe to file its Response to Defendant Lehtinen's Motion to Dismiss and Defendant Hernandez's Motion to Dismiss is October 18, 2012.

6. On October 10, 2012 this Court denied in part and granted in part Defendants Lewis and Tein's Motion to Require Plaintiff to File RICO Case Statement and granted the Miccosukee Tribe's request for leave to amend its Amended Complaint within thirty (30) days. [D.E. No. 55].

7. The Miccosukee Tribe's deadline to file its Second Amended Complaint is November 9, 2012.

8. The Miccosukee Tribe requests that leave to amend its Amended Complaint be extended as to Defendant Lehtinen and Defendant Hernandez.

9. In order to promote efficiency and consistency, the Miccosukee Tribe should be able to respond to Defendant Lehtinen's Motion to Dismiss and Defendant Hernandez's Motion to Dismiss after the filing of the Amended Complaint which will address the concerns expressed by the Defendants in their respective Motions to Dismiss.

WHEREFORE, the Miccosukee Tribe respectfully requests this Honorable Court to grant this request for leave to Amend its Amended Complaint to be extended as to Defendant Dexter Lehtinen and Defendant Miguel Hernandez and to grant this Motion for an Extension of Time to File its Response to Defendant Dexter Lehtinen's Motion to Dismiss and Defendant Miguel Hernandez's Motion to Dismiss.

### CERTIFICATE OF GOOD FAITH CONFERENCE: CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to do so or has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion, but has been unable to do so.

Respectfully submitted this October 11, 2012.

/s/Bernardo Roman III
Bernardo Roman III, Esquire
Fla. Bar No. 0002739
Tribal Attorney, Miccosukee Tribe of
Indians of Florida
P.O. Box 440021, Tamiami Station
Miami, Florida 33144
Tel: (305) 894-5214
Fax: (305) 894-5212
E-mail: bromanlaw@bellsouth.net

3

/s/Yinet Pino
Yinet Pino, Esquire
Fla. Bar No. 085272
Attorney for the Miccosukee Tribe of
Indians of Florida
1250 SW 27th Avenue, Suite 506
Miami, Florida 33135
Telephone: (305) 643-7993
Facsimile: (305) 643-7995
E-mail: yinet@bromanlaw.com

/s/Yesenia Rey
Yesenia Rey, Esquire
Fla. Bar No. 89577
Attorney for the Miccosukee Tribe of
Indians of Florida
1250 SW 27th Avenue, Suite 506
Miami, Florida 33135
Telephone: (305) 643-7993
Facsimile: (305) 643-7995
E-mail: yesenia@bromanlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

s/Bernardo Roman III
Bernardo Roman III, Esq.

## SERVICE LIST

*Miccosukee Tribe of Indians of Florida v. Cypress*
Case No. 12-22439-COOKE/Bandstra
United States District Court for the Southern District of Florida

**Jeffrey M. Cohen, Esquire**
**Marissel Descalzo, Esquire**
**Paul A. Calli, Esquire**
**Charles Short, Esquire**
Carlton Fields, P.A.
100 S.E. 2nd Street, Suite 4000
Miami, FL 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-mail: jmcohen@carltonfields.com
E-mail: mdescalzo@carltonfields.com
E-mail: pcalli@carltonfields.com
E-mail: cshort@carltonfields.com
E-mail: pwatson@carltonfields.com
E-mail: miaecf@cfdom.net
*Counsel for Defendants Guy Lewis, Esquire,Michael Tein, Esquire, and Lewis Tein, PL*

**Manuel A. Avila, Esquire**
Manuel A. Avila, Esq.
& Associates, P.A.,
11120 N. Kendall Drive
Suite 200
Miami, Florida 33176
Telephone: (305) 249-1111
Facsimile: (305) 647-0686
E-mail: mavila@avilalegal.com
*Counsel for Defendant Julio Martinez*

**Scott Alan Lazar, Esquire**
Koltun & Lazar
7901 SW 67th Ave.
Suite 100
Miami, FL 33143
Telephone: (305)-595-6791
Facsimile: (305)-595-5400
E-mail: scott@koltunlazar.com

*Counsel for Defendant Miguel Hernandez*

**Bruce S. Rogow, Esquire**
**Tara A. Campion, Esquire**
Bruce S. Rogow, P.A.
500 E. Broward Blvd., Ste. 1930
Fort Lauderdale, FL 33394
Telephone: 954-767-8909
Facsimile: 954-767-1530
E-mail: brogow@rogowlaw.com
E-mail: tcampion@rogolaw.com
*Counsel for Defendant Morgan Stanley*

**Bryan T. West, Esquire**
Tew Cardenas LLP
1441 Brickell Avenue, 15th Floor
Miami, FL 33131
Telephone: (305) 536-1112
Facsimile: (305) 536-1116
E-mail: btw@tewlaw.com
*Counsel for Defendant Dexter W. Lehtinen, Esquire*

**Armando Rosquete, Esquire**
**Kendall B. Coffey, Esquire**
**Alice Evelyn Meyer, Esquire**
Coffey Burlington, P.L.
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
E-mail: arosquete@coffeyburlington.com
E-mail: kcoffey@coffeyburlington.com
E-mail: ameyer@coffeyburlington.com
*Counsel for Defendant Billy Cypress*