UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 1:12-cv-22439-MGC

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a sovereign nation and
Federally recognized Indian tribe,

        Plaintiff,

vs.

BILLY CYPRESS; DEXTER WAYNE
LEHTINEN, ESQUIRE; MORGAN STANLEY
SMITH BARNEY; JULIO MARTINEZ;
MIGUEL HERNANDEZ; GUY LEWIS,
ESQUIRE; MICHAEL TEIN, ESQUIRE; AND
LEWIS TEIN, PL, A PROFESSIONAL
ASSOCIATION,

        Defendants.
_____/

## MOTION TO SEAL AND TO STRIKE D.E. 107 AND 108

Guy Lewis, Michael Tein, and Lewis Tein, PL (collectively, "Lewis Tein") file this motion requesting the Court strike and seal D.E. 107 and 108 filed by the Tribe and state:

1.    On December 26, 2012 Bernardo Roman filed D.E. 107 ("Tribe's Amended Rule 26 Initial Disclosures") and D.E. 108 ("Tribe's Corrected Amended Rule 26 Disclosures.")

2.    In each filing, Mr. Roman has listed Lewis Tein's attorney below as a person he claims has relevant information regarding allegations in his second amended complaint.

3.    Mr. Roman listed the home address of the undersigned, on each of his pleadings.

4.    Mr. Roman listed the undersigned as a witness with relevant knowledge and listed the undersigned's home address on purpose and not inadvertently, in bad faith for the purpose of harassing the undersigned, and for no proper purpose.  Such sharp practices have no

place in federal court, however, as explained below Mr. Roman trafficks in them.

5.      First, Mr. Roman has been dealing with the undersigned for almost four months and is aware of the undersigned's office address, listing it on his certificate of service for every pleading in this case and in two related cases pending in state court.  Indeed, on D.E. 107 and 108, Mr. Roman lists the undersigned's office phone number.

6.      Second, Mr. Roman filed his pleadings out of spite and revenge and not for any proper purpose. Specifically, in response to Tribe financial documents disclosed on December 21, 2012 by Mr. Roman pursuant to a compulsion order issued by Judge Dresnick in state court, the undersigned filed "Lewis Tein's Notice of Filing Miccosukee Tribe Financial Documents and Tribal Minutes Which Confirm that Attorney Bernardo Roman III has Committed a Fraud on this Court."  The referenced Tribe documents confirm in that litigation that Lewis Tein always made truthful representations to the Court regarding who was responsible for payment of their legal fees.

7.      Mr. Roman's conduct here is not an inadvertent mistake.  He previously listed the home addresses of Guy Lewis and Michael Tein, former federal law enforcement officials, in a pleading in the related state court case.   After Mr. Roman ignored Lewis Tein's efforts to remove their personal information from the filing the Circuit Court granted Lewis Tein's motion to strike their homes addresses from Mr. Roman's pleading.

8.      Having exhausted his vexatious, false and unsupportable allegations against Lewis Tein, Mr. Roman has apparently now turned his sights upon their counsel who is methodically dismantling the Tribe's spurious accusations against Lewis Tein and exposing the Tribe's bad faith in the litigation.   The undersigned reasonably believes that Mr. Roman's latest actions represent the proverbial tip-of-the-iceberg and that he is intent on attempting to continue to defame and disparage Lewis Tein, and now their attorney, through his lawsuits.

Further, by suggesting undersigned counsel has relevant information germane to the Tribe's second amended complaint, Mr. Roman is attempting in bad faith to interfere with Lewis Tein's legal representation. It is telling that Mr. Roman has not moved to disqualify the undersigned but has claimed in a conclusory manner that the undersigned has "relevant information to the loan scheme described in the Second Amended Complaint." This Court should nip Mr. Roman's mischief in the bud and hold an *in camera hearing* where Mr. Roman shall disclose in detail the information he claims undersigned counsel possesses and his theory as to its relevance.

WHEREFORE Lewis Tein respectfully requests this Court strike and seal D.E. 107 and D.E. 108.

The undersigned did not attempt to confer with Mr. Roman, who refuses to email or speak by telephone with the undersigned.

Respectfully submitted,

CARLTON FIELDS, P.A.

100 S.E. Second Street, Suite 4200
Miami, Florida  33131

By:  /s/ Paul A. Calli

Jeffrey Michael Cohen
Florida Bar No. 091495
Email: jmcohen@carltonfields.com
           pwatson@carltonfields.com
           miaecf@cfdom.net
Paul A. Calli
Florida Bar No. 994121
Email: pcalli@carltonfields.com
           cbussone@carltonfields.com
           miaecf@cfdom.net
*Attorneys for Defendants Guy A. Lewis, Michael R. Tein and Lewis Tein PL*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on December 26, 2012, we electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

CARLTON FIELDS, P.A.


By: /s/ Paul A. Calli
       Paul A. Calli
       Florida Bar No. 994121
       Email: pcalli@carltonfields.com
            cbussone@carltonfields.com
            miaecf@cfdom.net