UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22439-CIV-COOKE

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a sovereign nation and
Federally recognized Indian tribe,

        Plaintiff,

vs.

BILLY CYPRESS; DEXTER WAYNE
LEHTINEN, ESQUIRE; MORGAN STANLEY
SMITH BARNEY; JULIO MARTINEZ;
MIGUEL HERNANDEZ; GUY LEWIS,
ESQUIRE; MICHAEL TEIN, ESQUIRE; and
LEWIS TEIN, PL, a professional association,

        Defendants.
_____/

## ORDER OF RECUSAL AND ORDER OF REASSIGNMENT

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the case has been reassigned by the Clerk of Court [D.E. 136], hereby recuses himself and refers the matter back to the Clerk of Court for reassignment pursuant to 28 U.S.C. §455(a) and S.D. Fla. Local Rule 3.6.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of January, 2013.

                                                  EDWIN G. TORRES
                                                  United States Magistrate Judge

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of **Andrea M. Simonton**.

Copies of this order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation: **12cv22439/Cooke/Simonton**

BY ORDER OF COURT this **24th** day of **January**, 2013, Miami, Florida.

STEVEN M. LARIMORE, CLERK

By: _____
Deputy Clerk

Copies to:
    United States District Judge
    Counsel of Record
    Case Assignment Clerk