UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22439-CIV-COOK

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA,

        Plaintiff,

v.

BILLY CYPRESS, et al.,

        Defendants.

_____/

### ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this **29th** day of January, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Magistrate Judge _Chris M. McAliley_.

Copies of this Order shall be served on all pending parties of record by United States Mail. All documents for filing this case shall carry the following case number and designation: 12-22439-CIV-COOKE/MCALILEY

_____.

BY ORDER of the Court this ___30___ day of January, 2013.

CLERK OF COURT

BY: __J. Conway_____
Deputy Clerk

Copies provided to:

U.S. District Judge Cooke
All Counsel of Record