UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22439-CIV-COOKE/MCALILEY

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA,

    Plaintiff,

v.

BILLY CYPRESS, *et al.*,

    Defendants.
_____/

### ORDER REQUIRING PARTIES TO MEET AND CONFER AND PLAINTIFF'S RESPONSE TO MOTION TO COMPEL

Pending before the Court is Defendant Dexter Lehtinen's Motion to Compel Regarding First Request for Production to Plaintiff [DE 152], referred to me by the Honorable Marcia G. Cooke [DE 9]. Defendant Lehtinen seeks to compel documents from Plaintiff in connection with several requests for production. Defendant represents that while the parties have met and conferred on the motion and were able to resolve certain issues, several issues still remain. Among those issues are Plaintiff's objections on the basis of attorney-client, work product and deliberative process privilege. Defendant indicates Plaintiff has not produced a privilege log. Without a privilege log, the parties cannot meaningfully confer on any of the discovery requests to which Plaintiff has objected on the basis of privilege. Counsel is reminded that the party raising privilege has the burden of proving its applicability. *See Bridgewater v. Carnival Corp.*, No. 10-CV-22241, --- F.R.D. ---, 2011 WL 4383312 (S.D. Fla. Sept. 20, 2011); *Campero USA Corp. v. ADS Foodservice, LLC*, No. 12-20571-CIV, --- F.Supp.2d ---, 2012 WL 6838937 (S.D.Fla. Dec. 13, 2012). Accordingly, it is **ORDERED** that:

1.     **On or before February 18, 2013**, counsel shall *speak by telephone or in person* in a concerted effort to resolve or narrow all of the issues raised in the motion. **Plaintiff shall produce to Defendant its privilege log one business day in advance of the meet and confer.** In their meet and confer process, counsel shall follow the procedures set forth in *Campero*. *See* 2012 WL 6838937 at *7.

2.     **On or before February 28, 2013**, Plaintiff shall file a response to the motion to compel, which shall clearly state the extent to which the parties have resolved or narrowed the issues raised by the motion and shall attach a copy of Plaintiff's privilege log. In its response, Plaintiff shall fully meet its burden to support its claims of privilege. *See Bridgewater, Campero, supra.* I recognize that it not possible for Plaintiff to meet its obligations within the page limitations established by my discovery procedures, thus Plaintiff is relieved of those limits in this instance. Nevertheless, Plaintiff shall be concise and to the point in its memorandum, which should be no longer than necessary to address the relevant issues.

3.     Once I have reviewed the response, I will either rule on the motion or set the matter for hearing.

DONE AND ORDERED in chambers in Miami, Florida this 11th day of February, 2013.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable Marcia G. Cooke
Counsel of record