UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22439-CIV-COOKE/MCALILEY

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA,

    Plaintiff,

v.

BILLY CYPRESS, et al.,

    Defendants.
_____/

## ORDER

Defendants Guy Lewis, Michael Tein and, Lewis Tein, PL ("Lewis Tein") have filed a Motion to Compel Miccosukee Tribe to Produce IRS Forms 1096. [DE 153]. The Motion asks this Court to order Plaintiff to produce a particular set of documents (IRS Forms 1096), which Lewis Tein claims are responsive to Request number 15 in their First Request for Production of Documents. This motion should not have been filed, as document request number 15 is already the subject of a pending motion to compel that Lewis Tein filed regarding many document requests in their First and Second Requests for the Production of Documents, issued to the Plaintiff. [See DE 137]. That first motion to compel, which is 30 pages long[1], addresses many disputed document requests in detail. That would have been the

---

[1] The first motion to compel goes well beyond the twenty page limit for motions and incorporated memoranda of law. See S.D. Fla. L.R. 7.1(c)(2). It was filed before the parties were notified of my discovery procedures, which absent prior permission of the Court, limit discovery motions to five pages. [See DE 151 p. 4]. Having been notified of this Court's discovery procedures,

time for Lewis Tein to ask that Plaintiff be ordered to produce IRS Forms 1096 in response to document request number 15. The latest motion is, in fact, simply a continuation of the first motion, and is unauthorized. If the Court were to allow this practice - and it will not - there would be no end to the continued briefing of discovery issues.

Accordingly, the Court ORDERS as follows:

Plaintiff shall not file a separate response to Lewis Tein's Motion to Compel Miccosukee Tribe to Produce IRS Forms 1096 [DE 153]. Rather, it shall address the matter of production of IRS Forms 1096 in the response it files to Lewis Tein's first motion to compel. [DE 137].

DONE AND ORDERED in chambers at Miami, Florida this 14th day of February, 2013.

/s/ Chris McAliley
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Marcia G. Cooke
   Counsel of Record

---

it is surprising that Lewis Tein would nevertheless file a motion that, although not designated as a supplement to its first lengthy motion, in fact is. The Court expects counsel to strictly comply with all court orders and applicable rules.

2