UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-22439-CIV-COOKE/MCALILEY

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA,

    Plaintiff,
v.

BILLY CYPRESS, *et al.*,

    Defendants.
_____/

## DEXTER LEHTINEN'S MOTION FOR LEAVE TO
## FILE SUPPLEMENT TO MOTION TO COMPEL

Dexter Lehtinen ("Mr. Lehtinen"), by his undersigned attorneys, hereby moves for leave to file a limited supplement to his pending Motion to Compel Regarding First Request for Production to Plaintiff (D.E. 152) (the "Motion to Compel"). Undersigned counsel has conferred with Plaintiff's counsel regarding the request to file a short supplement to the Motion, and Plaintiff's counsel has indicated that Plaintiff does not object to Mr. Lehtinen filing a limited supplement.

1. Mr. Lehtinen's Motion to Compel addresses four issues: (1) Plaintiff's invocation of privilege; (2) Plaintiff's objections regarding "reserve accounts"; (3) Plaintiff's objections concerning correspondence with the IRS; and (4) Plaintiff's inability to commit to a deadline to produce the all-important audio recordings of meetings, including the meetings that Plaintiff has put directly at issue in the Second Amended Complaint.

2. On February 11, 2013, this Court issued its Order Requiring Parties to Meet and Confer and Plaintiff's Response to Motion to Compel (D.E. 154) (the "Order"). Pursuant to the Order, the parties held their conference required by the Court to discuss privilege issues. As

part of the process required by the Court, Plaintiff agreed to withdraw its attorney-client privilege objections but indicated that it would limit its privilege objections solely to the "deliberative and legislative process" privilege. That concession has significantly narrowed the Motion to Compel as to the privilege issue and should result in Plaintiff producing a significant amount of additional material.[1]

3. Plaintiff's lengthy privilege log now solely invokes the "legislative/deliberative process privilege" for scores of General Council and Business Council meeting minutes and recordings (since January 2000)--- the meetings that form a significant portion of the Second Amended Complaint. Notwithstanding the invocation of such privilege, Plaintiff continues to represent that it will indeed produce <u>redacted</u> minutes and <u>edited</u> audio recordings of the meetings.[2]

4. Given that this one limited privilege has now come to the forefront of this dispute (and the log was not provided until after the Motion to Compel was filed), and that this Court's Discovery Procedures limit a motion to compel to five pages and do not provide for a reply, Mr. Lehtinen would like the opportunity to address the deliberative process privilege issue in more detail, whether by supplement or reply. Given that this Court's procedures stress brevity, Mr. Lehtinen believes that he could address that limited issue in within two pages.

5. Undersigned counsel has conferred with Plaintiff's counsel regarding the relief sought herein, and Plaintiff's counsel does not object to Mr. Lehtinen seeking leave to file a supplement on the issue of the deliberative process privilege.

---

[1] This second stage of the "meet and confer" process does not eliminate from the Motion to Compel issues (2), (3), and (4) noted in Paragraph 1 above. It only narrows the privilege issue.

[2] Plaintiff has requested until March 15, 2013, to produce the materials that it has now agreed to produce. In addition, it should be noted that, as the log only lists minutes and recordings since January 2000, it appears that Plaintiff has destroyed such materials that were requested from the 1990s. Notably, Plaintiff's allegations against Mr. Lehtinen date back to the 1990s.

6. The proposed supplement is attached hereto. If the Court prefers that Mr. Lehtinen wait to brief the issue in the form of a reply, Mr. Lehtinen would gladly do so.

WHEREFORE, Mr. Lehtinen respectfully requests leave to file a limited supplement to his Motion to Compel. Alternatively, Mr. Lehtinen would seek permission to file a brief reply once Plaintiff files a response to the Motion to Compel.

**TEW CARDENAS LLP**
*Attorneys for Dexter Lehtinen*
1441 Brickell Avenue, 15th Floor
Miami, FL 33131
Telephone:   (305) 536-1112
Facsimile:   (305) 536-1116

/s/    Bryan T. West
       BRYAN T. WEST
       Florida Bar No. 83526
       btw@tewlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **February 25, 2013**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/    Bryan T. West
BRYAN T. WEST

\

TEW CARDENAS LLP
Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407 · 305-536-1112

**SERVICE LIST**

**Bernardo Roman, III**
**Yesenia Fatima Rey**
**Yinet Pino**
Law Office of Bernardo Roman III
1250 SW 27th Avenue
Suite 506
Miami, Florida 33135
(305) 643-7993
yesenia@bromanlaw.com
ypino@bromanlaw.com
bromanlaw@bellsouth.net
*Attorneys for Miccosukee Tribe of Indians of Florida*

**Jeffrey Michael Cohen**
**Paul Calli**
**Jack Reiter**
Carlton Fields
100 SE 2nd Street
Suite 4200
Miami, FL 33131
305-530-0050
Fax: 305-530-0055
jmcohen@carltonfields.com
pcalli@carltonfields.com
*Attorney for Michael R. Tein, Guy Lewis, and Lewis Tein, PL*

**Steven M. Goldsmith, Esq.**
STEVEN M. GOLDSMITH, P.A.
5355 Town Center Road, Suite 801
Boca Raton, FL 33486
Tel: (561) 391-4900
Fax: (561) 391-6973
steve.goldsmith@sgoldsmithlaw.com
*Attorney for Billy Cypress*

**Robert O. Saunooke**
18620 SW 39th Court
Miramar, FL 33029
561-302-5297
Fax: 954-499-0598
ndnlawyer@hotmail.com
*Attorney for Billy Cypress*

**Manuel Avila**
Manuel A. Avila & Associates, P.A.
11120 N. Kendall Drive
Miami, Florida 33176
(305) 249-1111
mavila@avilalegal.com
*Attorney for Julio Martinez*

**Bruce S. Rogow**
Bruce S. Rogow, PA
500 East Broward Boulevard
Suite 1930
Fort Lauderdale, Florida 33394
(954) 767-1530
brogow@rogowlaw.com
*Attorney for Morgan Stanley Smith Barney, LLC*

**Scott Alan Lazar**
Koltun & Lazar
7901 SW 67th Avenue
Miami, Florida 33143
(305) 595-6791
scott@koltunlazar.com
*Attorneys for Miguel Hernandez*

MIAMI:574928.1

Tew Cardenas LLP
Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407 · 305-536-1112