# Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification ▮

December 31, 2005

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

Bill Number 552
Billed through 12/31/2005

**108      0001      GAL**
**Re: General Representation.**

Balance forward                              $38,979.97
Payments received since last bill            $38,979.97 CR
                                             ----------------

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/01/05 | GAL | [redacted] | 1.10 hrs |
| 12/02/05 | GAL | [redacted] | 5.50 hrs |
| 12/08/05 | GAL | [redacted] | 1.50 hrs |
| 12/09/05 | GAL | [redacted] | 0.60 hrs |
| 12/11/05 | GAL | [redacted] | 3.50 hrs |
| 12/12/05 | GAL | [redacted] | 1.20 hrs |
| 12/12/05 | MRT | [redacted] | 0.40 hrs |
| 12/13/05 | GAL | [redacted] | 1.20 hrs |
| 12/15/05 | KAM | Conduct telephone conference with Mr. Lewis concerning the meeting on December 16. [redacted] | 0.10 hrs |

LTPL Inv-000022

| Date | TK | Description | Hours |
|---|---|---|---|
| 12/16/05 | GAL | ■■■ [redacted] ■■■ | 3.60 hrs |
| 12/16/05 | KAM | Travel to and from the Tribe's Gaming Hall. Meet with counsel and Tribe members concerning the IRS matter. | 4.70 hrs |
| 12/21/05 | GAL | ■■■ [redacted] ■■■ | 2.50 hrs |
| 12/21/05 | MRT | ■■■ [redacted] ■■■ | 1.00 hrs |
| 12/22/05 | KAM | Prepare for, travel to and from and attend meeting concerning IRS audit. | 4.00 hrs |
| 12/23/05 | GAL | ■■■ [redacted] ■■■ | 3.50 hrs |
| 12/28/05 | GAL | Preparation for meeting with IRS supervisor, including full review of file, discussions with Mr. Tein and Mr. Marrero; multiple telephone conferences with Mr. Lehtinen, Mr. Marrero and Mr. Tein regarding IRS inquiry; follow up telephone conferences with Mr. Marrero regarding same. | 3.20 hrs |
| 12/29/05 | GAL | Preparation for meeting with IRS supervisor; travel to Mr. Lehtinen's office; premeeting with Mr. Lehtinen, Mr. Marrero and others; meeting with IRS official; follow up meeting and discussions with Mr. Lehtinen, Mr. Marrero and others; return travel to office. | 6.50 hrs |
| 12/30/05 | MRT | ■■■ [redacted] ■■■ | 1.00 hrs |
| 12/31/05 | GAL | Review Rachlin Cohen invoice. | 0.10 hrs |

Total fees for this matter　　　　　　　　　　　　　　　　　　　　　　　　$20,160.00

**DISBURSEMENTS**

| 12/13/05 | Meals | 29.09 |
|---|---|---|

Total disbursements for this matter　　　　　　　　　　　　　　　　　　　$29.09

**BILLING SUMMARY**

### TIMEKEEPER RECAP

| | | | |
|---|---|---|---|
| Lewis, Guy A. | 34.00 hrs | 500.00 | $17,000.00 |

| | | | |
|---|---|---|---|
| Meyers, Kate A | 8.80 hrs | 250.00 | $2,200.00 |
| Tein, Michael R. | 2.40 hrs | 400.00 | $960.00 |

**DISBURSEMENT RECAP**

Meals $29.09

| | | |
|---|---|---|
| TOTAL FEES | 45.20 hrs | $20,160.00 |
| TOTAL DISBURSEMENTS | | $29.09 |
| | | ---------------- |
| TOTAL CHARGES FOR THIS BILL | | $20,189.09 |
| NET BALANCE FORWARD | | $0.00 |
| | | ---------------- |
| **TOTAL BALANCE NOW DUE** | | **$20,189.09** |