# MOSCOWITZ
# MOSCOWITZ &
# MAGOLNICK, P.A.

Mellon Financial Center
1111 Brickell Avenue
Suite 2050
Miami, Florida 33131

Telephone (305) 379-8300
Facsimile (305) 379-4404

January 11, 2006

Mr. Andrew H. Bert, Sr.
Miccosukee Tribe of Indians of Florida
P.O. Box 440021
Miami, FL 33144

    **Re:    Federal Income Tax Audit**

Dear Mr. Bert:

    Enclosed please find our bill for fees and costs for the month of December.

    As agreed, this invoice represents a proportionate share for our representation of the Business Council members.

    You will note that there are separate invoices for Mr. Goldstein and me. If you wish, you may send a single payment to my firm for both invoices, and we will disburse to Mr. Goldstein's firm. Or, you may pay the invoices separately.

                    Sincerely,

                    Norman A. Moscowitz

NAM/jp
Enclosures

# MOSCOWITZ
# MOSCOWITZ &
# MAGOLNICK, P.A.

Mellon Financial Center
1111 Brickell Avenue
Suite 2050
Miami, Florida 33131

Telephone (305) 379-8300
Facsimile (305) 379-4404

January 11, 2006

Invoice submitted to:

Mr. Andrew H. Bert, Sr.
Miccosukee Tribe of Indians of Florida
P.O. Box 440021
Miami, FL 33144

**In Reference To:**     **Federal Income  Tax Audit**

Invoice # 1004

Professional Services

| | | | **Hours** |
|---|---|---|---|
| 12/16/05 | NAM | Meeting with clients and Tribal counsel. | 5.50 |
| 12/21/05 | NAM | ████████████████████ | 2.50 |
| 12/22/05 | NAM | Meeting with clients and counsel for the Tribe; Telephone call with counsel. | 4.00 |
| 12/29/05 | NAM | Meeting with IRS manager Voght and other counsel; meeting with DC & RG. | 4.50 |

Additional Charges:

| | | **Amount** |
|---|---|---|
| 12/31/05 | Courier | $1.00 |
| | Photocopies | $5.10 |

| **Total amount of this bill** | $1,491.10 |
|---|---|

| Balance due | $1,491.10 |
|---|---|