# Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: █████

July 31, 2007

Chairman Billy Cypress  
Miccosukee Tribe of Indians  
P.O. Box 440021  
Miami, FL 33144  
USA

Bill Number 3548  
Billed through 07/31/2007

**108      0001**
**Re: General Representation.**

| | | |
|---|---|---|
| Balance forward | | $36,699.00 |
| Payments received since last bill | | $0.00 CR |
| Net balance forward | | $36,699.00 |

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/01/07 | GAL | ██████████████████████████████████████████████████████ | 0.10 hrs |
| 07/01/07 | MRT | Prepare for presentation to business council on criminal constitutional issues. | 4.00 hrs |
| 07/02/07 | GAL | ██████████████████████████████████████████████████████ | 0.20 hrs |
| 07/02/07 | MRT | Work on powerpoint presentation for Business Council. ██████████████████████████████████████████████. | 7.00 hrs |
| 07/02/07 | SFF | ██████████████████████████████████████████████████████ | 0.30 hrs |
| 07/03/07 | MRT | Further work on powerpoint presentation for Business Council. | 6.00 hrs |
| 07/05/07 | MRT | Preparation for presentation to business council on criminal constitutional issues and reimbursement of Mr. Cypress' defense costs. | 6.00 hrs |
| 07/06/07 | MRT | Final preparation for presentation to Business Council regarding criminal constitutional violations, reimbursement of defense costs and reversal of tribal court errors. Presentation to Business Council with Mr. Lewis. Travel to/from Tribe. | 12.00 hrs |
| 07/08/07 | GAL | ██████████████████████████████████████████████████████ | 0.20 hrs |
| 07/10/07 | MRT | ██████████████████████████████████████████████████████ | 0.30 hrs |
| 07/10/07 | MRT | ██████████████████████ Review credit card statements provided by Mr. Hernandez. Confer with Mr. Lewis regarding same. Research regarding potential charges. | 1.00 hrs |
| 07/11/07 | JMS | ██████████████████████████████████ | 0.10 hrs |
| 07/12/07 | GAL | Discussion with Mr. Tein regarding credit card matter; work on same. | 1.10 hrs |

LTPL Inv-000077

| Date | TK | Description | Hours |
|---|---|---|---|
| 07/16/07 | GAL | Work on credit card matter. | 1.00 hrs |
| 07/23/07 | SFF | ███ | 0.20 hrs |
| 07/25/07 | GAL | ███ | 0.20 hrs |
| 07/26/07 | GAL | ███ | 0.10 hrs |
| 07/26/07 | GAL | ███ | 0.50 hrs |
| 07/27/07 | GAL | ███ | 0.50 hrs |
| 07/30/07 | GAL | ███ | 2.00 hrs |

　　　　　Total fees for this matter　　　　　　　　　　　　　　　　$19,338.50

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 07/06/07 | ███ | 1,937.50 |
| 07/18/07 | ███ | 425.00 |
| 07/23/07 | ███ | 20,413.93 |
| 07/31/07 | Copying | 0.75 |

　　　　　Total disbursements for this matter　　　　　　　　　　　$22,777.18

**BILLING SUMMARY**

### TIMEKEEPER RECAP

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lewis, Guy A. | 5.90 hrs | 550.00 | $3,245.00 |
| Salazar, Jennifer M | 0.10 hrs | 90.00 | $9.00 |
| Tein, Michael R. | 36.30 hrs | 440.00 | $15,972.00 |
| Ferro, Simon | 0.50 hrs | 225.00 | $112.50 |

### DISBURSEMENT RECAP

| | |
|---|---|
| Copying | $0.75 |
| Online research | $425.00 |
| Private investigators | $22,351.43 |

| | | |
|---|---|---|
| TOTAL FEES | 42.80 hrs | $19,338.50 |
| TOTAL DISBURSEMENTS | | $22,777.18 |
| | | ---------------- |
| TOTAL CHARGES FOR THIS BILL | | $42,115.68 |
| NET BALANCE FORWARD | | $36,699.00 |
| | | ---------------- |

## TOTAL BALANCE NOW DUE	$78,814.68

LTPL Inv-000079