

**zelaya  rosado**
attorneys at law

March 7, 2006

Jimmie and Louise Bert
Miccosukee Tribe of Indians of Florida
P.O. Box 440021
Tamiami Station
Miami, Florida 33144

Re:   Bermudez vs. Jimmie Bert
      Case No. 00-25711 CA 21

## STATEMENT

| Date: | Professional Services Rendered: | Hours: |
|---|---|---|
| 02/08/06 | ███████████████████████████ | .10 |
|  | ███████████████████████████ | .10 |
| 02/13/06 | ███████████████████████████ | .10 |
| 02/16/06 | ███████████████████████████ | 2.50 |

*Total Costs between February 7, 2006 and March 7, 2006*   $840.00

*Billing is based on a 6 minute increment and billable at $300.00 per hour.
Should you have any questions, please feel free to contact me.*

*Please make check payable to:  Vivian Rosado*

*OK to pay*

|  | 2006. |  |
|---|---|---|
| 01/23/06 | ██████████████████████ | .10 |
|  |  | .10 |
|  |  | .10 |
| 01/24/06 | ██████████████████████ s | 3.8 |
| 01/25/06 | ██████████████████████ | .10 |
|  |  | .10 |
| 01/27/06 | ██████████████████████ | .10 |

*Total Costs between January 6, 2006 and February 7, 2006    $3,660.00*

*Billing is based on a 6 minute increment and billable at $300.00 per hour.
Should you have any questions, please feel free to contact me.*

*Please make check payable to: Vivian Rosado*

ok to pay
2-14-06
JoBert

| Date | | Amount |
|---|---|---|
| 12/05/05 | ███████████ | .10 |
| | | .10 |
| 12/06/05 | ███████████ | .10 |
| | | .10 |
| | | .10 |

*Total Costs between October 4, 2005 and December 6, 2005*     $ 2,010.00

*Balance outstanding for more than 60 days*     $ 3,676.80

**Total Balance Due:**     $ 5,686.80

*12-13-05*
*okay to pay Robert*

*Billing is based on a 6 minute increment and billable at $300.00 per hour.*
*Please make check payable to: Vivian Rosado*
*Should you have any questions, please feel free to contact me.*