# Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ███████

June 30, 2007

Bill Number 3366
Billed through 06/30/2007

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

**108        0001**
**Re: General Representation.**

Balance forward                                                   $8,050.00
Payments received since last bill                                 $8,050.00 CR

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/01/07 | GAL | [redacted] | 4.20 hrs |
| 06/03/07 | GAL | Work on Motion for Attorney's Fees; review email from Mr. Tein regarding same; discussions with Mr. Tein regarding same; discussions with Mr. Moore regarding same. | 2.50 hrs |
| 06/08/07 | GAL | [redacted] | 3.00 hrs |
| 06/09/07 | GAL | [redacted] | 2.00 hrs |
| 06/14/07 | GAL | [redacted] | 1.00 hrs |
| 06/14/07 | SFF | [redacted] | 0.40 hrs |
| 06/14/07 | SFF | [redacted] | 1.30 hrs |
| 06/15/07 | GAL | [redacted] | 0.20 hrs |
| 06/19/07 | GAL | [redacted] | 2.00 hrs |

LTPL Inv-000073

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/20/07 | GAL | [redacted] | 8.50 hrs |
| 06/21/07 | GAL | [redacted] | 1.00 hrs |
| 06/21/07 | GAL | [redacted] | 4.50 hrs |
| 06/21/07 | MRT | Review of zoning violation and applicable regulation. Conferences with Mr. Lewis and instructions to Mr. Ferro regarding strategy for administrative hearing and appeal. | 0.50 hrs |
| 06/21/07 | KAM | Confer with Ms. Rosado concerning employment options for Ms. Billie. | 0.10 hrs |
| 06/21/07 | MG[redacted] | [redacted] | 5.40 hrs |
| 06/21/07 | SFF | [redacted] | 0.30 hrs |
| 06/22/07 | GAL | Review emails to and from Mr. Tein regarding zoning issue; discussions with Mr. Ferro regarding same; review emails regarding insurance issue. | 0.20 hrs |
| 06/22/07 | SFF | Drafted letter appealing Civil Violation Notice and requesting a hearing. | 0.40 hrs |
| 06/23/07 | GAL | Review letter to building inspector; review emails from Mr. Ferro regarding same. | 0.20 hrs |
| 06/24/07 | GAL | [redacted] | 6.50 hrs |
| 06/25/07 | GAL | [redacted] | 0.50 hrs |
| 06/25/07 | GAL | [redacted] | 6.00 hrs |
| 06/25/07 | SFF | Left message for Mr. Maldorama at the Miami-Dade County building inspector's unit. | 0.10 hrs |
| 06/26/07 | GAL | Review email regarding zoning issue; [redacted] | 0.50 hrs |
| 06/26/07 | GAL | [redacted] | 5.00 hrs |
| 06/26/07 | SFF | Telephone call to Miami-Dade County to confirm receipt of letter of appeal. Drafted e-mail to Mr. Lewis and Mr. Tein regarding same. | 0.50 hrs |

| Date | | | Hours |
|---|---|---|---|
| 06/27/07 | GAL | | 2.00 hrs |
| 06/27/07 | GAL | | 2.50 hrs |
| 06/27/07 | SFF | | 0.40 hrs |
| 06/28/07 | MRT | | 3.00 hrs |
| 06/28/07 | SFF | | 0.20 hrs |
| 06/29/07 | GAL | | 3.00 hrs |
| 06/29/07 | MRT | | 2.50 hrs |
| 06/29/07 | MRT | | 3.00 hrs |

Total fees for this matter                            $36,697.50

**DISBURSEMENTS**

06/29/07    Copying                                    1.50

Total disbursements for this matter                    $1.50

**BILLING SUMMARY**

### TIMEKEEPER RECAP

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lewis, Guy A. | 55.30 hrs | 550.00 | $30,415.00 |
| Meyers, Kate A | 0.10 hrs | 275.00 | $27.50 |
| Moore, Michael G | 5.40 hrs | 275.00 | $1,485.00 |
| Tein, Michael R. | 9.00 hrs | 440.00 | $3,960.00 |
| Ferro, Simon | 3.60 hrs | 225.00 | $810.00 |

### DISBURSEMENT RECAP

Copying                  $1.50

TOTAL FEES              73.40 hrs           $36,697.50
TOTAL DISBURSEMENTS                         $1.50
                                            ----------------
TOTAL CHARGES FOR THIS BILL                 $36,699.00

| | |
|---|---:|
| NET BALANCE FORWARD | $0.00 |
| | ----------------- |
| **TOTAL BALANCE NOW DUE** | **$36,699.00** |

LTPL Inv-000076

# Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.:

May 31, 2007

Bill Number 3306
Billed through 05/31/2007

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

**108      0001**
Re: **General Representation.**

Balance forward                                   $5,097.56
Payments received since last bill                 $5,097.56 CR

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | | Hours |
|---|---|---|---|
| 05/04/07 | GAL | | 0.50 hrs |
| 05/15/07 | GAL | | 1.00 hrs |
| 05/15/07 | MRT | | 2.50 hrs |
| 05/23/07 | GAL | | 1.00 hrs |
| 05/24/07 | GAL | | 0.50 hrs |
| 05/25/07 | GAL | | 1.00 hrs |
| 05/31/07 | GAL | | 8.50 hrs |



deposition of Maria Aguilar.

Total fees for this matter                        $7,975.00

## DISBURSEMENTS

05/17/07   Delivery services/messengers - Exec 2000, Inv. #13784, 5/10 Micco Adm. Bldg.        75.00

Total disbursements for this matter               $75.00

## BILLING SUMMARY

**TIMEKEEPER RECAP**

LTPL Inv-000071

| | | | |
|---|---:|---:|---:|
| Lewis, Guy A. | 12.50 hrs | 550.00 | $6,875.00 |
| Tein, Michael R. | 2.50 hrs | 440.00 | $1,100.00 |

**DISBURSEMENT RECAP**

Delivery services/messengers　　　　　　　　　　$75.00

|  |  |  |
|---:|---:|---:|
| TOTAL FEES | 15.00 hrs | $7,975.00 |
| TOTAL DISBURSEMENTS | | $75.00 |
| | | ---------------- |
| TOTAL CHARGES FOR THIS BILL | | $8,050.00 |
| NET BALANCE FORWARD | | $0.00 |
| | | ---------------- |
| **TOTAL BALANCE NOW DUE** | | **$8,050.00** |

# Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.:

June 30, 2007

Bill Number 3366
Billed through 06/30/2007

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

**108      0001**
**Re: General Representation.**

Balance forward                                         $8,050.00
Payments received since last bill                       $8,050.00 CR

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/01/07 | GAL | [redacted] | 4.20 hrs |
| 06/03/07 | GAL | Work on Motion for Attorney's Fees; review email from Mr. Tein regarding same; discussions with Mr. Tein regarding same; discussions with Mr. Moore regarding same. | 2.50 hrs |
| 06/08/07 | GAL | [redacted] | 3.00 hrs |
| 06/09/07 | GAL | [redacted] | 2.00 hrs |
| 06/14/07 | GAL | [redacted] | 1.00 hrs |
| 06/14/07 | SFF | [redacted] | 0.40 hrs |
| 06/14/07 | SFF | [redacted] | 1.30 hrs |
| 06/15/07 | GAL | [redacted] | 0.20 hrs |
| 06/19/07 | GAL | [redacted] | 2.00 hrs |

LTPL Inv-000073

# Lewis Tein, P.L.

3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ▇▇▇

August 31, 2007

Bill Number 3686
Billed through 08/31/2007

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

**108        0001**
**Re: General Representation.**

Balance forward                                $78,814.68
Payments received since last bill              $78,814.68 CR
                                               -----------------

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/01/07 | GAL | ▇▇▇ discussions with Ms. Meyers regarding Kirk Billie; review emails regarding same. | 3.50 hrs |
| 08/01/07 | MRT | Preparation of follow-up materials for Business Council presentation regarding reimbursement for wrongful arrest. Conference with Mr. Lewis regarding same. | 1.00 hrs |
| 08/06/07 | GAL | ▇▇▇ | 0.50 hrs |
| 08/06/07 | MRT | ▇▇▇ Draft letter to Business Council regarding pending motion for attorneys' fees. | 2.00 hrs |
| 08/07/07 | GAL | ▇▇▇ | 5.20 hrs |
| 08/07/07 | MRT | ▇▇▇ | 5.00 hrs |
| 08/08/07 | GAL | ▇▇▇ | 0.30 hrs |

LTPL Inv-000080

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/09/07 | GAL | ■■■ [redacted] | 3.00 hrs |
| 08/09/07 | SFF | ■■■ [redacted] | 0.30 hrs |
| 08/09/07 | SFF | ■■■ [redacted] Met with Mr. Hernandez and Ms. Ortega to discuss Mr. Andrew Bert's use of expense account and authorization of counterfeit checks. Summarized notes of meeting. | 4.40 hrs |
| 08/10/07 | GAL | Continued work on credit card issues; review emails regarding same; discussion with Mr. Ferro. | 1.20 hrs |
| 08/13/07 | GAL | ■■■ [redacted] | 0.10 hrs |
| 08/14/07 | SFF | Met with Mr. Tein regarding strategy on the Chairman's fence due to upcoming hearing. | 0.20 hrs |
| 08/14/07 | SFF | Called building inspector to determine where to get relevant documents such as permits, plans, etc. Made appointment at microfilm department and with inspector John McShane. | 0.70 hrs |
| 08/15/07 | GAL | Telephone conference with investigator regarding credit card issues; discussions with Mr. Tein; continue working on credit card investigation. | 2.30 hrs |
| 08/15/07 | SFF | Traveled to and from the Miami-Dade Building and Permitting Department. Met with Electrical Supervisor. Met with microfilm employee. Viewed and obtained copies of permit, plans and inspections. Traveled to and from Team Metro. Met with Supervisor. | 4.60 hrs |
| 08/16/07 | GAL | Work on credit card issue; review emails regarding same; discussion with investigator; ■■■ [redacted] | 3.00 hrs |
| 08/17/07 | GAL | ■■■ [redacted] | 1.20 hrs |
| 08/20/07 | GAL | ■■■ [redacted] | 2.00 hrs |
| 08/21/07 | GAL | ■■■ [redacted] ion for meeting with investigator; review investigative ■■■ meeting with Mr. Tein, Mr. Ferro and investigator; follow-up discussions with Chairman Cypress. | 2.50 hrs |
| 08/21/07 | GAL | ■■■ [redacted] | 0.50 hrs |
| 08/21/07 | GAL | ■■■ [redacted] | 0.50 hrs |
| 08/21/07 | MRT | Meeting with Maria Ortega, Mr. Lewis and Mr. Ferro regarding investigation / Andrew Burt. Review of materials. Prepare presentation to Tribe. | 1.00 hrs |
| 08/21/07 | MRT | Meeting with investigator regarding credit card issue. | 0.50 hrs |
| 08/21/07 | SFF | Met with Mr. Tein, Mr. Lewis, and Ms. Ortega regarding investigation of Andrew Bert. Discussed findings thus far. | 0.80 hrs |
| 08/22/07 | GAL | Meeting with Mr. Ferro regarding zoning issue; review letter and documents relating to same; work on permit issues; review email from Mr. Ferro regarding same; meeting with Mr. Ferro regarding same; preparation for meeting with Chairman Cypress. | 1.50 hrs |

| Date | TK | Description | Hours |
|---|---|---|---|
| 08/22/07 | SFF | Traveled to and from Miami-Dade Building and Permitting Department. Met with Inspector John McShane to discuss extension of time to comply and possible waiver of fine. | 2.00 hrs |
| 08/22/07 | SFF | Drafted email to Mr. Lewis regarding status of Chairman fence issue. Advised will withdraw appeal. Drafted email to Jesse Hernandez at Miami-Dade zoning department in an effort to get fine waived. | 0.80 hrs |
| 08/22/07 | SFF | Drafted and mailed letter of withdrawal on Chairman's fence. Faxed to code enforcement. | 0.60 hrs |
| 08/22/07 | SFF | Compiled Powerpoint presentation for Mr. Tein's meeting with the Chairman regarding investigation of Andrew Bert. | 4.50 hrs |
| 08/23/07 | GAL | Work on credit card issues; review email from investigator; conference with Mr. Tein regarding strategy. | 1.50 hrs |
| 08/23/07 | SFF | Spoke to Jesse Hernandez and Grisel Borges at Miami-Dade County Building and Zoning trying to get the citation fee waived. | 0.40 hrs |
| 08/23/07 | SFF | Met with Mr. Tein regarding Powerpoint presentation for meeting with Chairman regarding investigation of Andrew Bert. | 0.30 hrs |
| 08/23/07 | SFF | Spoke to Gema Guadamus at Miami-Dade Building and Permitting regarding removal of Chairman's fine. | 0.30 hrs |
| 08/24/07 | GAL | Work on credit card case; [REDACTED] | 1.00 hrs |
| 08/24/07 | SFF | Revised Powerpoint presentation regarding investigation of Andrew Bert. | 6.50 hrs |
| 08/26/07 | GAL | [REDACTED] | 2.00 hrs |
| 08/27/07 | GAL | [REDACTED] | 0.10 hrs |
| 08/27/07 | MRT | [REDACTED] | 6.00 hrs |
| 08/29/07 | MRT | Meeting with investigator. | 0.50 hrs |
| 08/29/07 | SFF | Met with Mr. Lewis, Mr. Tein and Ms. Ortega regarding Andrew Bert investigation. | 0.40 hrs |

Total fees for this matter                                                                $30,615.00

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 08/06/07 | Delivery services/messengers [REDACTED] | 22.36 |
| 08/15/07 | Outside printing - 8/15 Copies of Permits & Maps. | 39.00 |
| 08/31/07 | Copying | 2.00 |
| 08/31/07 | Postage | 0.82 |

Total disbursements for this matter                                                           $64.18

## BILLING SUMMARY

### TIMEKEEPER RECAP

| | | | |
|---|---|---|---|
| Lewis, Guy A. | 31.90 hrs | 550.00 | $17,545.00 |
| Tein, Michael R. | 16.00 hrs | 440.00 | $7,040.00 |
| Ferro, Simon | 26.80 hrs | 225.00 | $6,030.00 |

**DISBURSEMENT RECAP**

| | |
|---|---|
| Copying | $2.00 |
| Outside printing | $39.00 |
| Delivery services/messengers | $22.36 |
| Postage | $0.82 |

| | | |
|---|---|---|
| TOTAL FEES | 74.70 hrs | $30,615.00 |
| TOTAL DISBURSEMENTS | | $64.18 |
| | | ---------------- |
| TOTAL CHARGES FOR THIS BILL | | $30,679.18 |
| NET BALANCE FORWARD | | $0.00 |
| | | ---------------- |
| **TOTAL BALANCE NOW DUE** | | **$30,679.18** |