# Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ███████

June 30, 2007

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL  33144
USA

Bill Number  3366
Billed through  06/30/2007

**108      0001**
**Re:  General Representation.**

Balance forward                                         $8,050.00
Payments received since last bill                       $8,050.00 CR
                                                        ----------------

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/01/07 | GAL | ███████ | 4.20 hrs |
| 06/03/07 | GAL | Work on Motion for Attorney's Fees; review email from Mr. Tein regarding same; discussions with Mr. Tein regarding same; discussions with Mr. Moore regarding same. | 2.50 hrs |
| 06/08/07 | GAL | ███████ | 3.00 hrs |
| 06/09/07 | GAL | ███████ | 2.00 hrs |
| 06/14/07 | GAL | ███████ | 1.00 hrs |
| 06/14/07 | SFF | ███████ | 0.40 hrs |
| 06/14/07 | SFF | ███████ | 1.30 hrs |
| 06/15/07 | GAL | ███████ | 0.20 hrs |
| 06/19/07 | GAL | ███████ | 2.00 hrs |

LTPL Inv-000073

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/20/07 | GAL | ■ | 8.50 hrs |
| 06/21/07 | GAL | ■ | 1.00 hrs |
| 06/21/07 | GAL | ■ | 4.50 hrs |
| 06/21/07 | MRT | ■ | 0.50 hrs |
| 06/21/07 | KAM | ■ | 0.10 hrs |
| 06/21/07 | MGM | ■ | 5.40 hrs |
| 06/21/07 | SFF | ■ | 0.30 hrs |
| 06/22/07 | GAL | ■ | 0.20 hrs |
| 06/22/07 | SFF | ■ | 0.40 hrs |
| 06/23/07 | GAL | ■ | 0.20 hrs |
| 06/24/07 | GAL | ■ | 6.50 hrs |
| 06/25/07 | GAL | ■ | 0.50 hrs |
| 06/25/07 | GAL | ■ | 6.00 hrs |
| 06/25/07 | SFF | ■ | 0.10 hrs |
| 06/26/07 | GAL | ■ | 0.50 hrs |
| 06/26/07 | GAL | ■ | 5.00 hrs |
| 06/26/07 | SFF | ■ | 0.50 hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/27/07 | GAL | ███ | 2.00 hrs |
| 06/27/07 | GAL | ███ | 2.50 hrs |
| 06/27/07 | SFF | ███ | 0.40 hrs |
| 06/28/07 | MRT | ███ | 3.00 hrs |
| 06/28/07 | SFF | ███ | 0.20 hrs |
| 06/29/07 | GAL | ███ | 3.00 hrs |
| 06/29/07 | MRT | ███ | 2.50 hrs |
| 06/29/07 | MRT | ███ | 3.00 hrs |

Total fees for this matter  $36,697.50

**DISBURSEMENTS**
06/29/07  Copying  1.50

Total disbursements for this matter  $1.50

**BILLING SUMMARY**

### TIMEKEEPER RECAP

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lewis, Guy A. | 55.30 hrs | 550.00 | $30,415.00 |
| Meyers, Kate A | 0.10 hrs | 275.00 | $27.50 |
| Moore, Michael G | 5.40 hrs | 275.00 | $1,485.00 |
| Tein, Michael R. | 9.00 hrs | 440.00 | $3,960.00 |
| Ferro, Simon | 3.60 hrs | 225.00 | $810.00 |

### DISBURSEMENT RECAP
Copying  $1.50

| | | | |
|---|---|---|---|
| TOTAL FEES | 73.40 hrs | | $36,697.50 |
| TOTAL DISBURSEMENTS | | | $1.50 |
| TOTAL CHARGES FOR THIS BILL | | | $36,699.00 |

NET BALANCE FORWARD  $0.00

-----------------

**TOTAL BALANCE NOW DUE**  $36,699.00

LTPL Inv-000076

# Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ▮

July 31, 2007

Bill Number 3548
Billed through 07/31/2007

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

**108      0001**
**Re: General Representation.**

Balance forward                                        $36,699.00
Payments received since last bill                        $0.00 CR
                                                       ----------------
Net balance forward                                    $36,699.00

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/01/07 | GAL | ▮ | 0.10 hrs |
| 07/01/07 | MRT | Prepare for presentation to business council on criminal constitutional issues. | 4.00 hrs |
| 07/02/07 | GAL | Meeting with Mr. Ferro regarding civil violation issue; review emails regarding same. | 0.20 hrs |
| 07/02/07 | MRT | ▮ | 7.00 hrs |
| 07/02/07 | SFF | Spoke to Freddy Maldorama at the County Building Inspector's Unit about the events leading up to the violation. | 0.30 hrs |
| 07/03/07 | MRT | Further work on powerpoint presentation for Business Council. | 6.00 hrs |
| 07/05/07 | MRT | Preparation for presentation to business council on criminal constitutional issues and reimbursement of Mr. Cypress' defense costs. | 6.00 hrs |
| 07/06/07 | MRT | Final preparation for presentation to Business Council regarding criminal constitutional violations, reimbursement of defense costs and reversal of tribal court errors. Presentation to Business Council with Mr. Lewis. Travel to/from Tribe. | 12.00 hrs |
| 07/08/07 | GAL | ▮ | 0.20 hrs |
| 07/10/07 | MRT | Follow up and administration regarding presentation to Business Council. | 0.30 hrs |
| 07/10/07 | MRT | ▮ | 1.00 hrs |
| 07/11/07 | JMS | ▮ | 0.10 hrs |
| 07/12/07 | GAL | ▮ | 1.10 hrs |

LTPL Inv-000077

| Date | Initials | | Hours |
|---|---|---|---|
| 07/16/07 | GAL | ███████████████ | 1.00 hrs |
| 07/23/07 | SFF | ███████████████ | 0.20 hrs |
| 07/25/07 | GAL | ███████████████ | 0.20 hrs |
| 07/26/07 | GAL | ███████████████ | 0.10 hrs |
| 07/26/07 | GAL | ███████████████ | 0.50 hrs |
| 07/27/07 | GAL | ███████████████ | 0.50 hrs |
| 07/30/07 | GAL | ███████████████ | 2.00 hrs |

 Total fees for this matter $19,338.50

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 07/06/07 | Private investigators - ███████, 5/22 - 6/25 Investigative Research. | 1,937.50 |
| 07/18/07 | Online research - June 2007. | 425.00 |
| 07/23/07 | Private investigators - ███████████, 5/23-6/15, Investigative Service -███████ | 20,413.93 |
| 07/31/07 | Copying | 0.75 |

 Total disbursements for this matter $22,777.18

## BILLING SUMMARY

### TIMEKEEPER RECAP

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lewis, Guy A. | 5.90 hrs | 550.00 | $3,245.00 |
| Salazar, Jennifer M | 0.10 hrs | 90.00 | $9.00 |
| Tein, Michael R. | 36.30 hrs | 440.00 | $15,972.00 |
| Ferro, Simon | 0.50 hrs | 225.00 | $112.50 |

### DISBURSEMENT RECAP

| | |
|---|---|
| Copying | $0.75 |
| Online research | $425.00 |
| Private investigators | $22,351.43 |

| | | |
|---|---|---|
| TOTAL FEES | 42.80 hrs | $19,338.50 |
| TOTAL DISBURSEMENTS | | $22,777.18 |
| TOTAL CHARGES FOR THIS BILL | | $42,115.68 |
| NET BALANCE FORWARD | | $36,699.00 |

## TOTAL BALANCE NOW DUE　　　　　　　　　　　$78,814.68