# Lewis Tein, P.L.

3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ▉

May 2, 2005

Bill Number 6
Billed through 04/30/2005

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

**108      0001      GAL**
**Re: General Representation.**

| | |
|---|---|
| Balance forward | $0.00 |
| Payments received since last bill | $0.00 CR |

**FOR PROFESSIONAL SERVICES RENDERED**



| | | | |
|---|---|---|---|
| 04/08/05 | GAL | | 0.10 hrs |
| 04/12/05 | GAL | | 1.50 hrs |
| 04/21/05 | GAL | | 0.60 hrs |

Total fees for this matter             $1,100.00

**BILLING SUMMARY**

**TIMEKEEPER RECAP**

| | | | |
|---|---|---|---|
| Lewis, Guy A. | 2.20 hrs | 500.00 | $1,100.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 2.20 hrs | | $1,100.00 |
| TOTAL CHARGES FOR THIS BILL | | | $1,100.00 |
| NET BALANCE FORWARD | | | $0.00 |

LTPL Inv-000001

|  |  |
|---|---:|
| **TOTAL BALANCE NOW DUE** | ---------------- <br> $1,100.00 |

LTPL Inv-000002

$1,100.00