## Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ███

June 30, 2005

Bill Number 65
Billed through 06/30/2005

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

**108        0001        GAL**
**Re: General Representation.**

Balance forward                           $21,285.00
Payments received since last bill            $1,100.00 CR
                                          ------------------
Net balance forward                        $20,185.00

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Initials | | Hours |
|---|---|---|---|
| 06/01/05 | GAL | ███ | 2.20 hrs |
| 06/02/05 | GAL | ███ | 1.00 hrs |
| 06/02/05 | MRT | ███ | 0.50 hrs |
| 06/06/05 | GAL | ███ | 1.50 hrs |
| 06/06/05 | GAL | ███ | 1.50 hrs |
| 06/06/05 | MRT | ███ | 0.30 hrs |
| 06/06/05 | MRT | ███ | 1.20 hrs |
| 06/07/05 | GAL | ███ | 1.20 hrs |
| 06/07/05 | MRT | ███ | 0.20 hrs |
| 06/09/05 | GAL | ███ | 0.20 hrs |

LTPL Inv-000006

| Date | TK | Hours |
|---|---|---|
| 06/10/05 | GAL | 0.10 hrs |
| 06/13/05 | GAL | 0.50 hrs |
| 06/15/05 | GAL | 0.20 hrs |
| 06/15/05 | MRT | 0.40 hrs |
| 06/17/05 | GAL | 0.50 hrs |
| 06/20/05 | GAL | 0.40 hrs |
| 06/20/05 | GAL | 1.20 hrs |
| 06/21/05 | GAL | 0.20 hrs |
| 06/25/05 | GAL | 0.40 hrs |
| 06/26/05 | GAL | 12.50 hrs |
| 06/27/05 | GAL | 10.50 hrs |
| 06/28/05 | GAL | 10.00 hrs |
| 06/28/05 | MRT | 0.10 hrs |
| 06/28/05 | MRT | 0.30 hrs |
| 06/29/05 | MRT | 0.20 hrs |
| 06/29/05 | MRT | 0.30 hrs |

Total fees for this matter　　　　　　　　$23,455.00

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 06/30/05 | Copying | 33.80 |
| 06/30/05 | Facsimile | 3.00 |

Total disbursements for this matter　　　　　　　　$36.80

**BILLING SUMMARY**

**TIMEKEEPER RECAP**

| | | | |
|---|---|---|---|
| Lewis, Guy A. | 44.10 hrs | 500.00 | $22,050.00 |
| Tein, Michael R. | 3.40 hrs | 400.00 | $1,360.00 |
| Tein, Michael R. | 0.10 hrs | 450.00 | $45.00 |

**DISBURSEMENT RECAP**

| | |
|---|---|
| Copying | $33.80 |
| Facsimile | $3.00 |

| | | |
|---|---|---|
| TOTAL FEES | 47.60 hrs | $23,455.00 |
| TOTAL DISBURSEMENTS | | $36.80 |
| TOTAL CHARGES FOR THIS BILL | | $23,491.80 |
| NET BALANCE FORWARD | | $20,185.00 |
| **TOTAL BALANCE NOW DUE** | | **$43,676.80** |