# Lewis Tein, P.L.

3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ▮

April 30, 2006

Bill Number 1097
Billed through 04/30/2006

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

**108      0001      GAL**
**Re: General Representation.**

Balance forward                              $16,645.22
Payments received since last bill            $16,645.22 CR
                                             ------------------

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Initials | | Hours |
|---|---|---|---|
| 04/03/06 | GAL | ███ | 2.50 hrs |
| 04/05/06 | MRT | ███ | 1.00 hrs |
| 04/13/06 | GAL | ███ | 0.50 hrs |
| 04/13/06 | MRT | ███ | 1.50 hrs |
| 04/13/06 | DBR | ███ | 0.60 hrs |
| 04/14/06 | GAL | ███ | 4.50 hrs |
| 04/14/06 | MRT | ███ | 1.00 hrs |
| 04/14/06 | DBR | ███ | 0.60 hrs |
| 04/17/06 | GAL | ███ | 1.50 hrs |

| Date | Timekeeper | | Hours |
|---|---|---|---|
| 04/18/06 | GAL | ■ | 3.50 hrs |
| 04/18/06 | MRT | ■ | 0.40 hrs |
| 04/26/06 | GAL | ■ | 0.50 hrs |
| 04/27/06 | MRT | ■ | 1.50 hrs |
| 04/29/06 | MRT | ■ | 3.00 hrs |
| 04/29/06 | MRT | ■ | 3.00 hrs |
| 04/30/06 | MRT | ■ | 3.50 hrs |

Total fees for this matter     $14,036.00

**DISBURSEMENTS**

| | | |
|---|---|---|
| 04/01/06 | Meals - Working Lunch 02/28 | 10.75 |
| 04/28/06 | Copying | 285.00 |
| 04/28/06 | Postage | 1.83 |
| 04/30/06 | Local travel - Mileage | 7.56 |

Total disbursements for this matter     $305.14

**BILLING SUMMARY**

### TIMEKEEPER RECAP

| Name | Hours | Rate | Total |
|---|---|---|---|
| Rosemberg, David B. | 1.20 hrs | 275.00 | $330.00 |
| Lewis, Guy A. | 13.00 hrs | 550.00 | $7,150.00 |
| Tein, Michael R. | 14.90 hrs | 440.00 | $6,556.00 |


## DISBURSEMENT RECAP

| | |
|---|---:|
| Copying | $285.00 |
| Postage | $1.83 |
| Local travel | $7.56 |
| Meals | $10.75 |

| | | |
|---|---|---:|
| TOTAL FEES | 29.10 hrs | $14,036.00 |
| TOTAL DISBURSEMENTS | | $305.14 |
| | | ---------------- |
| TOTAL CHARGES FOR THIS BILL | | $14,341.14 |
| NET BALANCE FORWARD | | $0.00 |
| | | ---------------- |
| **TOTAL BALANCE NOW DUE** | | **$14,341.14** |

LTPL Inv-000034