# Lewis Tein, P.L.

3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ▇▇▇▇

September 30, 2007

Bill Number  3811
Billed through  09/30/2007

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL  33144
USA

**108        0001**
**Re:  General Representation.**

Balance forward                                   $30,679.18
Payments received since last bill                 $30,679.18 CR

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/04/07 | GAL | ▇▇▇ | 1.50 hrs |
| 09/11/07 | GAL | ▇▇▇ | 6.00 hrs |
| 09/11/07 | GAL | Work on zoning issue. | 0.30 hrs |
| 09/11/07 | MRT | ▇▇▇. | 7.00 hrs |
| 09/11/07 | SFF | Telephone call with Mr. Jesse Hernandez at Miami Building and Zoning to discuss process to renew permit as quickly as possible. | 0.30 hrs |
| 09/12/07 | GAL | ▇▇▇. | 1.50 hrs |
| 09/12/07 | MRT | ▇▇▇. | 7.00 hrs |
| 09/12/07 | SFF | Briefly reviewed fence plans.  Telephone call to Mr. Harry Hollub to discuss pulling plans for fence and potential engagement for construction of new fence. | 0.70 hrs |
| 09/13/07 | GAL | ▇▇▇ | 1.00 hrs |
| 09/13/07 | GAL | Review zoning issues. | 0.50 hrs |
| 09/13/07 | MRT | ▇▇▇. | 1.00 hrs |
| 09/13/07 | SFF | Traveled to and from Building and Planning Department.  Picked up permit application.  Spoke to employee at window 20 to ensure would have enough time to issue permit. | 1.10 hrs |
| 09/13/07 | SFF | Downloaded Instructions To Owner and Holdharmless Document.  Completed the Permit Application.  Drafted letter to Chairman Cypress with instructions on signing the application.  Faxed and mailed application. | 1.50 hrs |

LTPL Inv-000084

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/14/07 | GAL | ███████████████████ | 3.20 hrs |
| 09/14/07 | MRT | ███████████████████ | 1.00 hrs |
| 09/14/07 | SFF | Telephone call to Marla, Chairman Cypress' assistant, to advise have not received signed permit application from Chairman Cypress. Email to Mr. Lewis regarding same. | 0.30 hrs |
| 09/15/07 | MRT | ███████████████████ | 1.00 hrs |
| 09/16/07 | GAL | ███████████████████ | 4.00 hrs |
| 09/16/07 | MRT | ███████████████████ | 1.00 hrs |
| 09/17/07 | GAL | ███████████████████ | 0.50 hrs |
| 09/18/07 | GAL | ███████████████████ | 3.00 hrs |
| 09/18/07 | MRT | ███████████████████ | 2.00 hrs |
| 09/19/07 | GAL | Review emails regarding zoning issue. | 0.20 hrs |
| 09/20/07 | SFF | Traveled to and from Miami Building and Zoning. Paid civil infraction, submitted permit application, submitted extension request in case permit is not issued in time. | 1.50 hrs |
| 09/21/07 | GAL | Review emails regarding zoning issue; telephone conference with Chairman Cypress. | 0.30 hrs |
| 09/24/07 | SFF | Telephone call to Building and Zoning to inquire whether Chairman Cypress' fence permit had been approved. | 0.20 hrs |
| 09/26/07 | GAL | ███████████████████ | 0.20 hrs |
| 09/27/07 | GAL | ███████████████████ | 0.50 hrs |
| 09/28/07 | GAL | ███████████████████ | 4.00 hrs |

Total fees for this matter     $29,290.00

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 09/18/07 | Court fees - Clerk of Court Fines. | 510.00 |
| 09/24/07 | Delivery services/messengers - 9/14 FedEx, B. Cypress. | 39.02 |

Total disbursements for this matter     $549.02

**BILLING SUMMARY**

### TIMEKEEPER RECAP

| Name | Hours | Rate | Total |
|---|---|---|---|
| Lewis, Guy A. | 26.70 hrs | 650.00 | $17,030.00 |
| Tein, Michael R. | 20.00 hrs | 550.00 | $11,000.00 |
| Ferro, Simon | 5.60 hrs | 225.00 | $1,260.00 |

### DISBURSEMENT RECAP

| Description | Amount |
|---|---|
| Delivery services/messengers | $39.02 |
| Court fees | $510.00 |

|  |  |  |
|---|---|---|
| TOTAL FEES | 52.30 hrs | $29,290.00 |
| TOTAL DISBURSEMENTS |  | $549.02 |
| TOTAL CHARGES FOR THIS BILL |  | $29,839.02 |
| NET BALANCE FORWARD |  | $0.00 |
| **TOTAL BALANCE NOW DUE** |  | **$29,839.02** |

LTPL Inv-000086