# Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ███

June 30, 2007

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

Bill Number 3366
Billed through 06/30/2007

**108      0001**
**Re: General Representation.**

| | |
|---|---|
| Balance forward | $8,050.00 |
| Payments received since last bill | $8,050.00 CR |

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/01/07 | GAL | ███ | 4.20 hrs |
| 06/03/07 | GAL | Work on Motion for Attorney's Fees; review email from Mr. Tein regarding same; discussions with Mr. Tein regarding same; discussions with Mr. Moore regarding same. | 2.50 hrs |
| 06/08/07 | GAL | ███ | 3.00 hrs |
| 06/09/07 | GAL | ███ | 2.00 hrs |
| 06/14/07 | GAL | ███ | 1.00 hrs |
| 06/14/07 | SFF | ███ | 0.40 hrs |
| 06/14/07 | SFF | ███ | 1.30 hrs |
| 06/15/07 | GAL | ███ | 0.20 hrs |
| 06/19/07 | GAL | ███ | 2.00 hrs |

# Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ▮▮▮▮▮

November 30, 2007

Bill Number 4049
Billed through 11/30/2007

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

**108         0001**
**Re:  General Representation.**

| | |
|---|---|
| Balance forward | $58,647.02 |
| Payments received since last bill | $28,808.00 CR |
| Net balance forward | $29,839.02 |

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/01/07 | GAL | Work on zoning issues; discussion with Chairman Cypress regarding same. | 0.30 hrs |
| 11/01/07 | BRD | [redacted] | 1.80 hrs |
| 11/01/07 | SFF | Drafted letter for Mr. Lewis to Chairman Cypress regarding the status of the fence matter. | 0.60 hrs |
| 11/01/07 | SFF | Reviewed Miami-Dade County Code section 33-11 which governs the "safe sight triangle." Reviewed surveys of Chairman Cypress' property. Placed several calls to Miami-Dade Building and Zoning and Miami-Dade Public Works for general information on requesting a waiver of the safe sight triangle. Telephone call with Mr. Mohammed Khan at Public Works. Discussed the safe sight triangle waiver request process and likelihood of success. | 1.10 hrs |
| 11/02/07 | MRT | [redacted] | 0.50 hrs |
| 11/05/07 | GAL | [redacted] | 1.50 hrs |
| 11/05/07 | DBR | [redacted] | 0.40 hrs |
| 11/06/07 | MRT | [redacted] | 0.20 hrs |
| 11/06/07 | MRT | [redacted] | 0.40 hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/09/07 | GAL | Work on property lease issue; reivew letter to Mr. Hernandez with attachment. | 1.50 hrs |
| 11/09/07 | MRT | Lease issues. | 1.00 hrs |
| 11/09/07 | SCC | [redacted] | 0.10 hrs |
| 11/10/07 | GAL | [redacted] | 1.00 hrs |
| 11/13/07 | GAL | [redacted] | 0.50 hrs |
| 11/13/07 | GAL | [redacted] | 1.00 hrs |
| 11/14/07 | SFF | Reviewed correspondence received from Mr. Hernandez regarding Chairman Cypress' landlord/tenant issue. Conducted brief legal research regarding FL landlord/tenant law. | 0.90 hrs |
| 11/15/07 | GAL | Work on zoning issues. | 1.20 hrs |
| 11/15/07 | SFF | Telephone call to Jema Moreno for document reflecting $10,000.00 fine was voided. Drafted letter to Jema Moreno confirming $10,000.00 fine was voided. Emails to Mr. Tein regarding same. | 1.10 hrs |
| 11/15/07 | SFF | Conducted legal research regarding landlord's remedies when a tenant fails to pay rent in Florida. Drafted brief memorandum to Mr. Tein regarding same. | 2.00 hrs |
| 11/16/07 | GAL | Work on zoning issues. | 0.50 hrs |
| 11/16/07 | SFF | Revised letter to the Chairman regarding voided $10,000.00 fine. Compiled package containing letter to the Chairman, letter to MDC confirming voidance of fine, and printout reflecting zero balance. Drafted email to Mr. Tein regarding same. | 0.80 hrs |
| 11/16/07 | JMS | Organized and filed correspondence in main client file. | 0.10 hrs |
| 11/19/07 | GAL | Work on zoning issues; telephone conference with Chairman Cypress; review emails to and from Mr. Ferro. | 1.00 hrs |
| 11/19/07 | MRT | [redacted] | 0.50 hrs |
| 11/19/07 | KAM | [redacted] | 0.50 hrs |
| 11/19/07 | SFF | Revised letter to the Chairman regarding status of fence. | 0.30 hrs |
| 11/19/07 | SFF | Conducted legal research regarding unpaid rent notice. Drafted letter to Michael Searle advising must pay arrears by Monday, November 26, 2007. | 1.90 hrs |
| 11/20/07 | GAL | [redacted] | 2.00 hrs |
| 11/20/07 | SFF | Telephone call with Michael Searles regarding rent due. Email to Messrs. Tein and Lewis regarding same. | 0.30 hrs |
| 11/20/07 | SFF | Reviewed check copies and statements provided by Michael Searle. | 0.20 hrs |
| 11/20/07 | SFF | Telephone call with Mr. Searles. Again advised his account had to be current by Monday, November 26, 2007. | 0.30 hrs |
| 11/21/07 | DBR | [redacted] | 0.10 hrs |

| Date | TK | Description | Hours |
|---|---|---|---|
| 11/21/07 | KAM | ███████████████████████████████ | 0.10 hrs |
| 11/21/07 | SFF | Telephone call with Mr. Hernandez. Discussed documents received from tenant. | 0.30 hrs |
| 11/21/07 | SFF | Telephone call to Mr. Searle. Reviewed documents, demanded payment by Monday, November 26, 2007. | 0.20 hrs |
| 11/25/07 | MRT | ███████████████████████████████ | 0.10 hrs |
| 11/25/07 | MRT | ███████████████████████████████ | 1.00 hrs |
| 11/26/07 | GAL | ███████████████████████████████ s | 1.50 hrs |
| 11/26/07 | GAL | ███████████████████████████████ ; | 1.00 hrs |
| 11/27/07 | GAL | ███████████████████████████████ 1 e | 1.20 hrs |
| 11/27/07 | GAL | ███████████████████████████████ | 0.50 hrs |
| 11/27/07 | GAL | ███████████████████████████████ | 1.00 hrs |
| 11/27/07 | MRT | ███████████████████████████████ | 2.00 hrs |
| 11/27/07 | MRT | ███████████████████████████████ | 2.00 hrs |
| 11/27/07 | SFF | Telephone call to Mike Hernandez to confirm that Chairman Cypress' tenant, Michael Searles, paid unpaid rent. | 0.10 hrs |
| 11/28/07 | GAL | ███████████████████████████████ | 1.00 hrs |
| 11/28/07 | MRT | ███████████████████████████████ | 1.00 hrs |
| 11/29/07 | GAL | ███████████████████████████████ | 1.00 hrs |
| 11/29/07 | MRT | ███████████████████████████████ | 2.00 hrs |

Total fees for this matter                                                                                    $20,444.00

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 11/06/07 | Delivery services/messengers ███████████ e, 10/3 Miccosukee Adm Bldg. | 55.00 |
| 11/30/07 | Copying | 2.50 |

Total disbursements for this matter                                                                                    $57.50

## BILLING SUMMARY

### TIMEKEEPER RECAP

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Dasher, Beau R | 1.80 hrs | 225.00 | $405.00 |
| Rosemberg, David B. | 0.50 hrs | 300.00 | $150.00 |
| Lewis, Guy A. | 17.70 hrs | 650.00 | $11,505.00 |
| Salazar, Jennifer M | 0.10 hrs | 90.00 | $9.00 |
| Meyers, Kate A | 0.60 hrs | 325.00 | $195.00 |
| Tein, Michael R. | 10.70 hrs | 550.00 | $5,885.00 |
| Capote, Susy | 0.10 hrs | 225.00 | $22.50 |

| | | | |
|---|---|---|---|
| Ferro, Simon | 10.10 hrs | 225.00 | $2,272.50 |

**DISBURSEMENT RECAP**

| | |
|---|---|
| Copying | $2.50 |
| Delivery services/messengers | $55.00 |

| | | |
|---|---|---|
| TOTAL FEES | 41.60 hrs | $20,444.00 |
| TOTAL DISBURSEMENTS | | $57.50 |
| | | ---------------- |
| TOTAL CHARGES FOR THIS BILL | | $20,501.50 |
| NET BALANCE FORWARD | | $29,839.02 |
| | | ---------------- |
| **TOTAL BALANCE NOW DUE** | | **$50,340.52** |

# Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: █████

February 5, 2008

Bill Number 4337
Billed through 01/31/2008

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

**108      0001**
**Re: General Representation.**

| | |
|---|---:|
| Balance forward | $6,944.81 |
| Payments received since last bill | $0.00 CR |
| Net balance forward | $6,944.81 |

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---:|
| 01/02/08 | SFF | Left voice mail message for Mr. Hernandez to make sure Mr. Searle is paid to date. | 0.10 hrs |
| 01/03/08 | GAL | ███████████ | 0.20 hrs |
| 01/07/08 | SFF | Telephone call from Mike Hernandez to advise that he had not received payment from Michael Searle due on December 26, 2007. Telephone call to Mr. Searle who advised check sent priority mail and that he would call back with tracking number. | 0.20 hrs |
| 01/07/08 | SFF | ███████████ | 0.70 hrs |
| 01/08/08 | MRT | ███████████ | 0.50 hrs |
| 01/08/08 | SFF | ███████████ | 0.80 hrs |
| 01/09/08 | GAL | ███████████ | 1.00 hrs |
| 01/09/08 | SFF | Telephone call with Mr. Searles. Advised will send two checks express mail today and call later with tracking numbers. Left voice mail message for Mr. Hernandez. | 0.30 hrs |
| 01/09/08 | SFF | ███████████ | 2.10 hrs |
| 01/09/08 | SFF | ███████████ | 0.40 hrs |
| 01/10/08 | GAL | ███████████ | 2.50 hrs |
| 01/11/08 | GAL | ███████████ | 1.00 hrs |

LTPL Inv-000099

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/11/08 | SFF | ▓▓▓ | 0.20 hrs |
| 01/11/08 | SFF | ▓▓▓ | 2.70 hrs |
| 01/11/08 | SFF | Tracked checks. Left message for Mr. Hernandez indicating that checks seem to have arrived and advising not to cash prior check if he received it. | 0.10 hrs |
| 01/15/08 | GAL | ▓▓ iew Otto email. | 0.50 hrs |
| 01/16/08 | MRT | ▓▓▓ | 0.20 hrs |
| 01/22/08 | GAL | ▓▓▓ | 1.50 hrs |
| 01/23/08 | GAL | ▓▓▓ | 3.00 hrs |
| 01/23/08 | SFF | ▓▓▓ | 0.20 hrs |
| 01/24/08 | GAL | ▓▓▓ | 0.50 hrs |
| 01/28/08 | GAL | ▓▓▓ | 3.00 hrs |
| 01/28/08 | MRT | ▓▓▓ | 1.00 hrs |
| 01/28/08 | KAM | ▓▓▓ | 0.40 hrs |
| 01/29/08 | GAL | ▓▓▓ | 4.50 hrs |
| 01/29/08 | MRT | ▓▓▓ | 0.20 hrs |
| 01/29/08 | VRR | ▓▓▓ | 0.40 hrs |
| 01/30/08 | VRR | ▓▓▓ | 1.70 hrs |
| 01/30/08 | SFF | Telephone call to Mr. Mike Hernandez inquiring whether Mr. Searles has been paying rent in a timely manner. | 0.10 hrs |
| 01/31/08 | SFF | Telephone call from Michael Searles advising that he wants to renew lease. | 0.30 hrs |

Total fees for this matter　　　　　　　　　　$14,525.00

## DISBURSEMENTS

| 01/16/08 | Delivery services/messengers ▓▓▓. | 13.10 |
|---|---|---|

Total disbursements for this matter　　　　$13.10

## BILLING SUMMARY

### TIMEKEEPER RECAP

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lewis, Guy A. | 17.70 hrs | 650.00 | $11,505.00 |
| Meyers, Kate A | 0.40 hrs | 325.00 | $130.00 |
| Tein, Michael R. | 1.90 hrs | 550.00 | $1,045.00 |
| Ferro, Simon | 8.20 hrs | 225.00 | $1,845.00 |
| Rosado, Vivian | 2.10 hrs | 325.00 | $0.00 |

**DISBURSEMENT RECAP**

Delivery services/messengers　　　　　　　　　　$13.10

|  |  |  |
|---|---|---|
| TOTAL FEES | 30.30 hrs | $14,525.00 |
| TOTAL DISBURSEMENTS |  | $13.10 |
|  |  | ---------------- |
| TOTAL CHARGES FOR THIS BILL |  | $14,538.10 |
| NET BALANCE FORWARD |  | $6,944.81 |
|  |  | ---------------- |
| **TOTAL BALANCE NOW DUE** |  | **$21,482.91** |

LTPL Inv-000101

# Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: 20-2621820

March 5, 2008

Bill Number 4469
Billed through 02/29/2008

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

**108      0001**
Re: General Representation.

Balance forward                                    $21,482.91
Payments received since last bill                  $21,482.91 CR
                                                   -----------------

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/02/08 | GAL | Work on IRS file. | 0.50 hrs |
| 02/04/08 | GAL | Telephone conference with Chairman Cypress regarding Cypress matter. | 0.50 hrs |
| 02/06/08 | GAL | Work on FAA issues. | 1.00 hrs |
| 02/06/08 | MRT | Review of investigation results. Conferences regarding same. | 3.00 hrs |
| 02/06/08 | SFF | Telephone call with Ron Goldstein and Joe Taft to finalize plans for the Tribe's trip to D.C. Drafted email to Mr. Lewis regarding same. | 0.30 hrs |
| 02/11/08 | GAL | Telephone conference with Ms. Carroll. | 0.20 hrs |
| 02/12/08 | SFF | Telephone call to Ron Goldstein to follow up on Tribe trip to D.C. | 0.10 hrs |
| 02/12/08 | SFF | Reviewed payments and documents relating to Mr. Searles. Telephone call to Mr. Hernandez to discuss Mr. Searles payments to date and to ask Mr. Hernandez to discuss the possibility of renewing the lease with Mr. Searles by the end of the month. Mr. Hernandez advised that he would review all payments made and possibility of renewal with Mr. Cypress. | 0.20 hrs |
| 02/13/08 | GAL | Discussions regarding conference. | 0.20 hrs |
| 02/13/08 | GAL | Telephone conference with Chairman Cypress. | 0.30 hrs |
| 02/13/08 | SFF | Reviewed fax received from Mr. Hernandez regarding Mr. Searles payments to date. Made telephone call to Mr. Searles asking to confirm. Briefly reviewed landlord - tenant materials. | 0.40 hrs |
| 02/14/08 | GAL | Multiple telephone conference with Ms. Carroll; discussions with U.S. Attorney; review emails regarding same. | 1.00 hrs |
| 02/14/08 | GAL | Work on J. Cypress matter. | 1.00 hrs |
| 02/15/08 | GAL | Work on investigative matter. | 3.00 hrs |
| 02/15/08 | MRT | Work on investigation matter. | 2.00 hrs |
| 02/16/08 | GAL | Meeting with Chairman Cypress; multiple discussions. | 2.00 hrs |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/16/08 | MRT | Administration regarding investigation. | 1.00 hrs |
| 02/18/08 | GAL | Telephone conference with Chairman Cypress; work on investigative matter. | 2.00 hrs |
| 02/19/08 | GAL | Telephone conference with Chairman Cypress; telephone conference with Ms. Carroll. | 0.50 hrs |
| 02/20/08 | GAL | Telephone conference with Chairman Cypress; telephone conference with Ms. Carroll. | 0.20 hrs |
| 02/21/08 | GAL | Multiple telephone conversations with Chairman Cypress. | 1.00 hrs |
| 02/21/08 | SFF | Telephone call with Michael Searles regarding payments to date. Reviewed and analyzed schedule provided by Mr. Hernandez. Left message for Mr. Hernandez on cell phone. | 1.50 hrs |
| 02/22/08 | SFF | Briefly reviewed payment summaries. Telephone call to Mr. Hernandez to discuss Michael Searles. Email to Mr. Hernandez regarding same. | 0.30 hrs |
| 02/22/08 | SFF | Telephone call with Mr. Hernandez regarding Michael Searles. Agreed that he was paid to date. Agreed would renew year lease for $1,600 per month due on the first of each month. | 0.20 hrs |
| 02/26/08 | GAL | Multiple telephone conferences with Chairman Cypress. | 1.00 hrs |
| 02/29/08 | GAL | Meeting with Chairman Cypress and leaders regarding new lawsuit; follow-up work on same. | 7.00 hrs |
| 02/29/08 | MRT | Meeting with Chairman Cypress and Business Council regarding new lawsuit against Tribe. Research regarding same. Travel to/from Tribe. | 10.00 hrs |

Total fees for this matter $23,385.00

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 02/12/08 | Online research - Thomson West, Inv. #815387899. | 250.00 |
| 02/20/08 | Outside printing - 2/18 Kinko's Copy Service. | 21.78 |
| 02/20/08 | Local travel/Mileage - 2/18 Travel to Kinko's, Tamiami Airport and Miramar for Chairman Cypress, MC. | 28.61 |
| 02/22/08 | Private investigators - MTO Investigations. | 8,800.00 |
| 02/29/08 | Copying | 15.00 |
| 02/29/08 | Meals - 2/16 Meeting w/Chairman. | 1,710.00 |

Total disbursements for this matter $10,825.39

**BILLING SUMMARY**

### TIMEKEEPER RECAP

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lewis, Guy A. | 21.40 hrs | 650.00 | $13,910.00 |
| Tein, Michael R. | 16.00 hrs | 550.00 | $8,800.00 |
| Ferro, Simon | 3.00 hrs | 225.00 | $675.00 |

### DISBURSEMENT RECAP

| | |
|---|---:|
| Copying | $15.00 |
| Outside printing | $21.78 |
| Online research | $250.00 |
| Local travel | $28.61 |
| Meals | $1,710.00 |
| Private investigators | $8,800.00 |

| | | |
|---|---:|---:|
| TOTAL FEES | 40.40 hrs | $23,385.00 |
| TOTAL DISBURSEMENTS | | $10,825.39 |
| TOTAL CHARGES FOR THIS BILL | | $34,210.39 |
| NET BALANCE FORWARD | | $0.00 |
| **TOTAL BALANCE NOW DUE** | | **$34,210.39** |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/20/07 | GAL | ███████████████████████████████████████████ | 8.50 hrs |
| 06/21/07 | GAL | ███████████ follow-up discussions with Chairman Cypress; review county violation issues; discussions with Mr. Tein regarding same; ███████████████ follow-up with Mr. Ferro. | 1.00 hrs |
| 06/21/07 | GAL | ███████████████████████████████████████████ | 4.50 hrs |
| 06/21/07 | MRT | Review of zoning violation and applicable regulation. Conferences with Mr. Lewis and instructions to Mr. Ferro regarding strategy for administrative hearing and appeal. | 0.50 hrs |
| 06/21/07 | KAM | ███████████████████████████████████████████ | 0.10 hrs |
| 06/21/07 | MGM | ███████████████████████████████████████████ | 5.40 hrs |
| 06/21/07 | SFF | Reviewed Civil Violation Notice and other documents received from Mr. Cypress. | 0.30 hrs |
| 06/22/07 | GAL | Review emails to and from Mr. Tein regarding zoning issue; discussions with Mr. Ferro regarding same; review emails regarding insurance issue. | 0.20 hrs |
| 06/22/07 | SFF | Drafted letter appealing Civil Violation Notice and requesting a hearing. | 0.40 hrs |
| 06/23/07 | GAL | Review letter to building inspector; review emails from Mr. Ferro regarding same. | 0.20 hrs |
| 06/24/07 | GAL | ███████████████████████████████████████████ | 6.50 hrs |
| 06/25/07 | GAL | ███████████████████████████████████████████ | 0.50 hrs |
| 06/25/07 | GAL | ███████████████████████████████████████████ | 6.00 hrs |
| 06/25/07 | SFF | Left message for Mr. Maldorama at the Miami-Dade County building inspector's unit. | 0.10 hrs |
| 06/26/07 | GAL | Review email regarding zoning issue; ███████████████████ | 0.50 hrs |
| 06/26/07 | GAL | ███████████████████████████████████████████ | 5.00 hrs |
| 06/26/07 | SFF | Telephone call to Miami-Dade County to confirm receipt of letter of appeal. Drafted e-mail to Mr. Lewis and Mr. Tein regarding same. | 0.50 hrs |

| Date | TK | Description | Hours |
|---|---|---|---|
| 06/27/07 | GAL | ■■■ | 2.00 hrs |
| 06/27/07 | GAL | ■■■ | 2.50 hrs |
| 06/27/07 | SFF | Several telephone calls to Mr. Maldorama at Miami-Dade County building inspector's unit. Drafted e-mail to Mr. Maldorama. | 0.40 hrs |
| 06/28/07 | MRT | ■■■ | 3.00 hrs |
| 06/28/07 | SFF | ■■■ | 0.20 hrs |
| 06/29/07 | GAL | ■■■ | 3.00 hrs |
| 06/29/07 | MRT | ■■■ | 2.50 hrs |
| 06/29/07 | MRT | ■■■ | 3.00 hrs |

Total fees for this matter       $36,697.50

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 06/29/07 | Copying | 1.50 |

Total disbursements for this matter       $1.50

**BILLING SUMMARY**

### TIMEKEEPER RECAP

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lewis, Guy A. | 55.30 hrs | 550.00 | $30,415.00 |
| Meyers, Kate A | 0.10 hrs | 275.00 | $27.50 |
| Moore, Michael G | 5.40 hrs | 275.00 | $1,485.00 |
| Tein, Michael R. | 9.00 hrs | 440.00 | $3,960.00 |
| Ferro, Simon | 3.60 hrs | 225.00 | $810.00 |

### DISBURSEMENT RECAP

| | |
|---|---|
| Copying | $1.50 |

| | | |
|---|---|---|
| TOTAL FEES | 73.40 hrs | $36,697.50 |
| TOTAL DISBURSEMENTS | | $1.50 |
| TOTAL CHARGES FOR THIS BILL | | $36,699.00 |

NET BALANCE FORWARD $0.00

-----------------

**TOTAL BALANCE NOW DUE** $36,699.00