**Lewis Tein, P.L.**
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ▮

December 30, 2005

Bill Number 6816
Billed through 12/31/2005

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

**108      0001**
**Re: General Representation.**

| | |
|---|---:|
| Balance forward | $117,977.74 |
| Payments received since last bill | $0.00 CR |
| Net balance forward | $117,977.74 |

### FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---:|
| 07/29/05 | GAL | ▮. | 0.10 hrs |
| | Total fees for this matter | | $55.00 |

### BILLING SUMMARY

**TIMEKEEPER RECAP**

| | | |
|---|---:|---:|
| Lewis, Guy A. | 550.00 | $55.00 |

*time written off*

| | |
|---|---:|
| 1 | $55.00 |
| LESS COURTESY D⸱ | $55.00 CR |
| TOTAL CHARGES FOR TH⸱ | $0.00 |
| NET BALANCE FORW⸱ | $117,977.74 |
| **TOTAL BALANCE NOW DU⸱** | **$117,977.74** |

LTPL Inv-000021

## Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ███

December 31, 2005

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

Bill Number 552
Billed through 12/31/2005

**108      0001      GAL**
**Re: General Representation.**

Balance forward                              $38,979.97
Payments received since last bill            $38,979.97 CR
                                             -----------------

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Initials | | Hours |
|---|---|---|---|
| 12/01/05 | GAL | ███ | 1.10 hrs |
| 12/02/05 | GAL | ███ | 5.50 hrs |
| 12/08/05 | GAL | ███ | 1.50 hrs |
| 12/09/05 | GAL | ███ | 0.60 hrs |
| 12/11/05 | GAL | ███ | 3.50 hrs |
| 12/12/05 | GAL | ███ | 1.20 hrs |
| 12/12/05 | MRT | ███ | 0.40 hrs |
| 12/13/05 | GAL | ███ | 1.20 hrs |
| 12/15/05 | KAM | ███ | 0.10 hrs |

| Date | TK | | Hours |
|---|---|---|---|
| 12/16/05 | GAL | | 3.60 hrs |
| 12/16/05 | KAM | | 4.70 hrs |
| 12/21/05 | GAL | | 2.50 hrs |
| 12/21/05 | MRT | | 1.00 hrs |
| 12/22/05 | KAM | | 4.00 hrs |
| 12/23/05 | GAL | | 3.50 hrs |
| 12/28/05 | GAL | | 3.20 hrs |
| 12/29/05 | GAL | | 6.50 hrs |
| 12/30/05 | MRT | | 1.00 hrs |
| 12/31/05 | GAL | | 0.10 hrs |
| | Total fees for this matter | | $20,160.00 |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| 12/13/05 | Meals | | 29.09 |
| | Total disbursements for this matter | | $29.09 |

**BILLING SUMMARY**

### TIMEKEEPER RECAP

| | | | |
|---|---|---|---|
| Lewis, Guy A. | 34.00 hrs | 500.00 | $17,000.00 |

| | | | |
|---|---|---|---|
| Meyers, Kate A | 8.80 hrs | 250.00 | $2,200.00 |
| Tein, Michael R. | 2.40 hrs | 400.00 | $960.00 |

**DISBURSEMENT RECAP**

Meals      $29.09

| | | | |
|---|---|---|---|
| TOTAL FEES | 45.20 hrs | | $20,160.00 |
| TOTAL DISBURSEMENTS | | | $29.09 |
| | | | ---------------- |
| TOTAL CHARGES FOR THIS BILL | | | $20,189.09 |
| NET BALANCE FORWARD | | | $0.00 |
| | | | ---------------- |
| **TOTAL BALANCE NOW DUE** | | | **$20,189.09** |

# Lewis Tein, P.L.

3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No. ███

December 30, 2007

Bill Number 6833
Billed through 12/31/2007

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

**108      0001**
**Re: General Representation.**

| | |
|---|---|
| Balance forward | $117,977.74 |
| Payments received since last bill | $0.00 CR |
| Net balance forward | $117,977.74 |

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | TK | | Hours |
|---|---|---|---|
| 03/28/07 | JHM | ███ | 0.10 hrs |
| 03/28/07 | SFF | ███ | 0.50 hrs |
| 03/28/07 | SFF | ███ | 0.90 hrs |
| 03/29/07 | JHM | ███ | 0.05 hrs |

Total fees for this matter                    $152.10

**BILLING SUMMARY**

**TIMEKEEPER RECAP**

| | | |
|---|---|---|
| Maurer, Jennifer H | 00 | $13.50 |
| Ferro, Simon | ) | $138.60 |

*Time written off* (handwritten)

| | |
|---|---|
| TOTAL | $152.10 |
| LESS COURTESY DISCOU | $152.10 CR |
| TOTAL CHARGES FOR THIS BIL. | $0.00 |

LTPL Inv-000095

NET BALANCE FORWARD $117,977.74
-----------------
**TOTAL BALANCE NOW DUE** $117,977.74

LTPL Inv-000096

# Lewis Tein, P.L.

3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ███

January 12, 2007

Bill Number 2714
Billed through 12/31/2006

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

**108        0001**
**Re: General Representation.**

Balance forward                                $24,789.44
Payments received since last bill              $24,789.44 CR

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | | Hours |
|---|---|---|---|
| 12/04/06 | GAL | ███ | 0.50 hrs |
| 12/04/06 | MRT | ███ | 0.50 hrs |
| 12/06/06 | GAL | ███ | 5.50 hrs |
| 12/07/06 | GAL | ███ | 4.00 hrs |
| 12/14/06 | SFF | ███ | 0.30 hrs |
| 12/26/06 | GAL | ███ | 1.00 hrs |
| 12/28/06 | GAL | ███ | 0.50 hrs |
| 12/29/06 | GAL | ███ | 3.50 hrs |
| 12/29/06 | MRT | ███ | 3.00 hrs |

Total fees for this matter                     $9,819.70

**BILLING SUMMARY**

LTPL Inv-000059

## TIMEKEEPER RECAP

| | | | |
|---|---|---|---|
| Lewis, Guy A. | 15.00 hrs | 550.00 | $8,250.00 |
| Tein, Michael R. | 3.50 hrs | 440.00 | $1,540.00 |
| Ferro, Simon | 0.30 hrs | 99.00 | $29.70 |

|  |  |  |
|---|---|---|
| TOTAL FEES | 18.80 hrs | $9,819.70 |
| | | ---------------- |
| TOTAL CHARGES FOR THIS BILL | | $9,819.70 |
| NET BALANCE FORWARD | | $0.00 |
| | | ---------------- |
| **TOTAL BALANCE NOW DUE** | | **$9,819.70** |

# Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ███████

January 7, 2008

Bill Number 4257
Billed through 12/31/2007

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

**108      0001**
**Re: General Representation.**

| | |
|---|---|
| Balance forward | $50,340.52 |
| Payments received since last bill | $50,340.52 CR |

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/03/07 | GAL | ███████ | 1.00 hrs |
| 12/04/07 | GAL | ███████ | 1.00 hrs |
| 12/06/07 | GAL | ███████ | 0.30 hrs |
| 12/07/07 | MRT | ███████ | 1.00 hrs |
| 12/07/07 | SFF | Telephone call from Mr. Hernandez indicating that Michael Searles is again late on his rent payments. Telephone call to Michael Searles to discuss. Telephone call to Mr. Hernandez to advise that Searles is going to be paid to date on December 12, 2007. | 0.70 hrs |
| 12/10/07 | GAL | ███████ | 5.00 hrs |
| 12/11/07 | GAL | Review eviction matter. | 0.20 hrs |
| 12/11/07 | SFF | Drafted schedule of payments to Mr. Searles. Drafted email to Messrs. Tein and Lewis regarding same. | 1.00 hrs |
| 12/12/07 | SFF | Telephone call to Mr. Hernandez to make sure Mr. Cypress' landlord, Michael Searle, paid past-due rent. | 0.10 hrs |
| 12/13/07 | SFF | Telephone call with Mr. Hernandez. He advised Mr. Searle did not pay rent that was due on December 12, 2007. Left message for Mr. Searle. | 0.10 hrs |
| 12/14/07 | JMS | ███████ | 0.10 hrs |
| 12/17/07 | MRT | ███████ | 1.00 hrs |
| 12/17/07 | SFF | Telephone call to Mr. Hernandez to confirm receipt of rent checks from Michael Searle. | 0.10 hrs |
| 12/17/07 | SFF | Telephone call with Juan Carlos at All-Dade Fences, Inc. Agreed would call in January 2008 to move Mr. Cypress' fence. | 0.10 hrs |

Total fees for this matter      $6,456.50

LTPL Inv-000097

## DISBURSEMENTS

| | | |
|---|---|---:|
| 12/01/07 | Litigation support vendors - Fence Licenses & Permits. | 127.16 |
| 12/17/07 | Online research/Thomson West, Inv. ▮▮▮▮. | 260.65 |
| 12/17/07 | Delivery services/messengers - 11/20 Tribal Court Filing ▮▮▮▮▮▮r Service. | 95.00 |
| 12/31/07 | Copying | 5.50 |
| | Total disbursements for this matter | $488.31 |

## BILLING SUMMARY

### TIMEKEEPER RECAP

| | | | |
|---|---:|---:|---:|
| Lewis, Guy A. | 7.50 hrs | 650.00 | $4,875.00 |
| Salazar, Jennifer M | 0.10 hrs | 90.00 | $9.00 |
| Tein, Michael R. | 2.00 hrs | 550.00 | $1,100.00 |
| Ferro, Simon | 2.10 hrs | 225.00 | $472.50 |

### DISBURSEMENT RECAP

| | |
|---|---:|
| Copying | $5.50 |
| Online research | $260.65 |
| Delivery services/messengers | $95.00 |
| Litigation support vendors | $127.16 |

| | | |
|---|---:|---:|
| TOTAL FEES | 11.70 hrs | $6,456.50 |
| TOTAL DISBURSEMENTS | | $488.31 |
| | | ---------------- |
| TOTAL CHARGES FOR THIS BILL | | $6,944.81 |
| NET BALANCE FORWARD | | $0.00 |
| | | ---------------- |
| **TOTAL BALANCE NOW DUE** | | $6,944.81 |

# Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ▇

December 30, 2006

Chairman Billy Cypress
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL  33144
USA

Bill Number  6820
Billed through 12/31/2006

**108       0001**
**Re:  General Representation.**

| | |
|---|---:|
| Balance forward | $117,977.74 |
| Payments received since last bill | $0.00 CR |
| Net balance forward | $117,977.74 |

## FOR PROFESSIONAL SERVICES RENDERED

| Date | TK | | Hours |
|---|---|---|---:|
| 01/30/06 | GAL | ▇ | 0.10 hrs |
| 06/16/06 | GAL | ▇ | 1.00 hrs |
| 07/15/06 | GAL | ▇ | 8.00 hrs |
| 08/15/06 | RRZ | ▇ | 1.10 hrs |
| 08/17/06 | RRZ | ▇ | 0.10 hrs |

Total fees for this matter                                                              $5,913.00

## BILLING SUMMARY

### TIMEKEEPER RECAP

| | | | |
|---|---:|---:|---:|
| Lewis, Guy A. | 1.10 hrs | 550.00 | $605.00 |
| Lewis, Guy A. | 8.00 hrs | 650.00 | $5,200.00 |
| Rizzo, Roger R | 1.20 hrs | 90.00 | $108.00 |

|  |  |  |
|---|---|---|
| TOTAL FEES | 10.30 hrs | $5,913.00 |
| LESS COURTESY DISCOUNT |  | $5,913.00 CR |
| TOTAL CHARGES FOR THIS BILL |  | $0.00 |
| NET BALANCE FORWARD |  | $117,977.74 |
|  |  | ---------------- |
| **TOTAL BALANCE NOW DUE** |  | **$117,977.74** |