**Lewis Tein, P.L.**
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
305-442-1101 Telephone
305-442-6744 Fax
Tax Identification No.: ███████

February 28, 2010

Bill Number 7617
Billed through 02/28/2010

Chairman Colley Billie
Miccosukee Tribe of Indians
P.O. Box 440021
Miami, FL 33144
USA

108        0001
Re: **General Representation.**

| | | |
|---|---|---|
| Balance forward | | $68,158.18 |
| Payments received since last bill | | $0.00 CR |
| Net balance forward | | $68,158.18 |

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/01/10 | GAL | ███████ | 1.00 hrs |
| 02/01/10 | VRR | ███████ | 1.20 hrs |
| 02/03/10 | GAL | ███████ | 0.20 hrs |
| 02/03/10 | VRR | ███████ | 0.20 hrs |
| 02/04/10 | GAL | ███████; review letter from Ms. Bennett; follow-up per Ms. Bennett's letter. | 2.00 hrs |
| 02/04/10 | MRT | Responses to Ms. Bennett regarding bills. | 0.40 hrs |
| 02/04/10 | MRT | Receipt and review of letter from J. Bennett regarding invoices. Begin working on response. Email to Ms. Bennett regarding same. | 2.00 hrs |
| 02/06/10 | MRT | Work on response to Ms. Bennett's inquiries regarding invoices. | 6.00 hrs |
| 02/07/10 | MRT | Further work on response to Ms. Bennett's inquiries. | 1.50 hrs |
| 02/09/10 | MRT | Draft letter to Ms. Bennett in response to her questions about our invoices, review prior invoices. Instructions to staff to retrieve backup and review of backup. | 6.00 hrs |
| 02/10/10 | MRT | Research past bills and draft response to inquiries regarding prior invoices by Ms. Bennett. TCW with Ms. Bennett. ███████ | 7.00 hrs |
| 02/10/10 | MRT | ███████ | 0.20 hrs |

LTPL Inv-000244

| Date | TK | Description | Hours |
|---|---|---|---|
| 02/11/10 | MRT | Finalize letter to Ms. Bennett regarding her questions about our invoices. Review backup. | 3.00 hrs |
| 02/12/10 | GAL | [redacted] | 1.20 hrs |
| 02/17/10 | GAL | [redacted] | 0.20 hrs |
| 02/25/10 | GAL | [redacted] | 0.50 hrs |
| 02/25/10 | GAL | [redacted] | 0.20 hrs |
| 02/25/10 | VRR | [redacted] | 0.30 hrs |

Total fees for this matter    $18,395.00

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 02/16/10 | Delivery services/messengers - Xpress (0016) - Miccosukee Tribe - J. Bennett - Miami | 28.50 |
| 02/26/10 | Delivery services/messengers - Chairman Colley Billie - Micco Tribe | 28.50 |
| 02/26/10 | Delivery services/messengers - J. Bennett Esq. - Miccosukee Tribe | 28.50 |
| 02/26/10 | Delivery services/messengers - J. Bennett Esq. - Micco Tribe - 2/9/10 | 14.09 |
| 02/26/10 | Delivery services/messengers - Chairman Colley Billie - Micco Tribe - 2/9/10 | 23.66 |
| 02/28/10 | Copies and reproduction of documents. | 30.75 |
| 02/28/10 | U.S. Postage and Handling. | 18.36 |

Total disbursements for this matter    $172.36

## BILLING SUMMARY

### TIMEKEEPER RECAP

| Name | Hours | Rate | Total |
|---|---|---|---|
| Lewis, Guy A. | 5.30 hrs | 650.00 | $3,445.00 |
| Tein, Michael R. | 26.10 hrs | 550.00 | $14,355.00 |
| Rosado, Vivian | 1.70 hrs | 350.00 | $595.00 |

### DISBURSEMENT RECAP

| | |
|---|---|
| Copying | $30.75 |
| Delivery services/messengers | $123.25 |
| Postage | $18.36 |

|  |  |  |
|---|---|---|
| TOTAL FEES | 33.10 hrs | $18,395.00 |
| TOTAL DISBURSEMENTS |  | $172.36 |
| TOTAL CHARGES FOR THIS BILL |  | $18,567.36 |

NET BALANCE FORWARD $68,158.18

-----------------

**TOTAL BALANCE NOW DUE** **$86,725.54**

LTPL Inv-000246