

HIGH DEF • STANDARD DEF • PAL • NTSC • DV • DVCPRO • BETA • VHS • DVD • BLU-RAY • 8MM • 16MM • CD • DIGITIZING • EDITING • EDIT GEAR RENTALS

**DUBS and DUPES.com**
CONVERSION • TRANSFERS • DUPLICATION

*a division of*
**SUPERGROUP INTERNATIONAL**

1825 NE 149 Street  Miami, Florida 33181
Phone 305.945.6789    Fax 305.945.0300

# Quote

| Client: | Miccosukee Tribe | | Invoice Nr: | 20130315MA |
|---|---|---|---|---|
| | | | Date: | 15-Mar-13 |
| | | | Phone: | |
| | | | Fax: | |
| Attn: | Bernardo Roman | | Email: | bromanlaw@bellsouth.net |

| Quantity | Description | | | Price Each | Total |
|---|---|---|---|---|---|
| | **Audio Transfer Service** | | | | |
| 400 | Transfers Cassettes to CD | | | 19.99 | 7996.00 |
| 400 | Digital Audio File (Mp3) | | | 9.99 | 3996.00 |
| 400 | Additional CD copy | | | 5.99 | 2396.00 |
| 400 | Direct Imprint, Black and White High Quality Therm | | | 0.20 | 80.00 |
| | | | | | |
| | ************************************************ | | | | |
| | **Tax exempt?.** | | | | |
| | ************************************************ | | | | |
| | | | | | |
| | Subtotal | | | | 14468.00 |
| | Florida Sales tax | | | | 1012.76 |
| | | | | | 15480.76 |
| | Deposit | | | | 1935.95 |
| Total Due | | | | | $13,544.81 |

Received by_____

Print Name _____

## Thank you for contacting Dubs and Dupes.

## We appreciate the opportunity to work with you!