**DUBS AND DUPES.com**
CONVERSION • TRANSFERS • DUPLICATION

*a division of*
**SUPERGROUP INTERNATIONAL**

1825 NE 149 Street  Miami, Florida 33181
Phone 305.945.6789    Fax 305.945.0300

# INVOICE

| Client: | **Miccosukee Tribe** | Invoice Nr: | 201306013TG |
|---|---|---|---|

|  |  | Date: | 1-Jun-13 |
|---|---|---|---|
|  |  | Phone: | 786-299-7260 |
|  |  | Fax: |  |
| **Attn:** | **Bernardo Roman** | Email: | bromanlaw@bellsouth.net |

| Quantity | Description | Price Each | Total |
|---|---|---|---|
| | **Audio Transfer Service** | | |
| 1300 | Transfers Cassettes to CD | 19.99 | 25987.00 |
| 1300 | Digital Audio File (Mp3) | 9.99 | 12987.00 |
| 1300 | Additional CD copy | 5.99 | 7787.00 |
| 1300 | Direct Imprint, Black and White High Quality Thermal Disc | 0.20 | 260.00 |
| | ***************************************************** | | |
| | Subtotal | | 47021.00 |
| | **Florida Sales tax** | | **3291.47** |
| | | Sub total | 50312.47 |
| | Paid to Date Amount | | 14468.00 |
| **Total Due** | | | $  35,844.47 |

Received by_____

Print Name _____

## Thank you for contacting Dubs and Dupes.
## We appreciate the opportunity to work with you!