# MOSCOWITZ MOSCOWITZ & MAGOLNICK, P.A.

Mellon Financial Center
1111 Brickell Avenue
Suite 2050
Miami, Florida 33131

Telephone (305) 379-8300
Facsimile (305) 379-4404

January 11, 2006

Mr. Andrew H. Bert, Sr.
Miccosukee Tribe of Indians of Florida
P.O. Box 440021
Miami, FL 33144

    **Re:   Federal Income Tax Audit**

Dear Mr. Bert:

    Enclosed please find our bill for fees and costs for the month of December.

    As agreed, this invoice represents a proportionate share for our representation of the Business Council members.

    You will note that there are separate invoices for Mr. Goldstein and me. If you wish, you may send a single payment to my firm for both invoices, and we will disburse to Mr. Goldstein's firm. Or, you may pay the invoices separately.

                               Sincerely,

                               Norman A. Moscowitz

NAM/jp
Enclosures

# MOSCOWITZ
# MOSCOWITZ &
# MAGOLNICK, P.A.

Mellon Financial Center
1111 Brickell Avenue
Suite 2050
Miami, Florida 33131

Telephone (305) 379-8300
Facsimile (305) 379-4404

January 11, 2006

Invoice submitted to:

Mr. Andrew H. Bert, Sr.
Miccosukee Tribe of Indians of Florida
P.O. Box 440021
Miami, FL 33144

**In Reference To:**  **Federal Income Tax Audit**

Invoice # 1004

Professional Services

|  |  |  | **Hours** |
|---|---|---|---|
| 12/16/05 | NAM | Meeting with clients and Tribal counsel. | 5.50 |
| 12/21/05 | NAM | Review of White & Case memorandum. | 2.50 |
| 12/22/05 | NAM | Meeting with clients and counsel for the Tribe; Telephone call with counsel. | 4.00 |
| 12/29/05 | NAM | Meeting with IRS manager Voght and other counsel; meeting with DC & RG. | 4.50 |

Additional Charges:

|  |  | **Amount** |
|---|---|---|
| 12/31/05 | Courier | $1.00 |
|  | Photocopies | $5.10 |

**Total amount of this bill**  $1,491.10

Balance due  $1,491.10

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
e-mail: info@bilzin.com • WWW.BILZIN.COM

MIAMI • TALLAHASSEE

January 9, 2006

Mr. Andrew H. Bert, Sr.
Moscowitz Moscowitz & Magolnick, P.A.
Mellon Financial Center, Suite 2050
1111 Brickell Avenue
Miami, FL 33131

Invoice #   101265

For Professional Services Rendered
  Through January 9, 2006

Atty - RMG
Client No. 76706/24673

RE:   Federal Income Tax Audit

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/14/05 | RMG | 0.40 | Review of privilege issues. |
| 12/14/05 | CAB | 0.30 | Research regarding taxation of American Indians. |
| 12/15/05 | RMG | 0.65 | Review of taxation of Indian tribes; review of privilege issues and joint representation. |
| 12/16/05 | RMG | 1.10 | Preparation for meeting; meeting with council; conferences with N. A. Moscowitz. |
| 12/16/05 | SCU | 0.04 | Telephone conference with R. Goldstein and Mr. Moskowitz. |
| 12/20/05 | RMG | 0.25 | Telephone conference with General Council D. Carrol; review of powers of attorney and audit notices. |
| 12/21/05 | RMG | 0.85 | Review of Summons and of Memorandums; revisions to powers of attorney; meeting with S. Ullman. |
| 12/21/05 | SCU | 0.08 | Conference with R Goldstein regarding Administrative Summonses. |
| 12/22/05 | RMG | 1.05 | Meeting with N. Moscowitz; meeting with Tribal council; conference with S. Ullman; review of Memorandum and powers of attorney; research Summons issues. |
| 12/22/05 | SCU | 0.06 | Conference with R. Goldstein regarding procedure for responding to IRS Summons. |
| 12/23/05 | RMG | 0.55 | Review of Summons issue; review of Constitution. |
| 12/26/05 | RMG | 0.25 | Review of defenses to IRS Summonses. |
| 12/27/05 | RMG | 0.35 | Review of Indian Gaming materials. |
| 12/28/05 | RMG | 0.85 | Telephone conference with N. Moscowitz; review of materials from Rachlin & Cohen; telephone conference with M. Hernandez; telephone conference with J. Morrero; telephone conference with N. Moscowitz. |
| 12/29/05 | RMG | 1.20 | Meeting with D. Lehtinen. N. Moscowitz, D. Carroll, et. al.; prepare Memorandum to File regarding meeting. |
| 12/30/05 | RMG | 0.50 | Review and revisions to Memorandum regarding IRS meeting; review of materials from Rachlin & Cohen. |

**Professional Services**                                                                                         $3,956.00

**Costs Advanced**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 · MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 · FAX: (305) 374-7593
e-mail: info@bilzin.com · WWW.BILZIN.COM

MIAMI · TALLAHASSEE

January 9, 2006

Max & Jennie Billie
Moscowitz Moscowitz & Magolnick, P.A.
Mellon Financial Center, Suite 2050
1111 Brickell Avenue
Miami, FL 33131

Invoice #   101266

FOR PROFESSIONAL SERVICES RENDERED
THROUGH January 9, 2006

Atty - RMG
Client No. 76707/24674

RE:   Federal Income Tax Audit

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/14/05 | RMG | 0.40 | Review of privilege issues. |
| 12/14/05 | CAB | 0.30 | Research regarding taxation of American Indians. |
| 12/15/05 | RMG | 0.65 | Review of taxation of Indian tribes; review of privilege issues and joint representation. |
| 12/16/05 | RMG | 1.10 | Preparation for meeting; meeting with council; conferences with N. A. Moscowitz. |
| 12/16/05 | SCU | 0.04 | Telephone conference with R. Goldstein and Mr. Moskowitz. |
| 12/20/05 | RMG | 0.25 | Telephone conference with General Council D. Carrol; review of powers of attorney and audit notices. |
| 12/21/05 | RMG | 0.85 | Review of Summons and of Memorandums; revisions to powers of attorney; meeting with S. Ullman. |
| 12/21/05 | SCU | 0.08 | Conference with R Goldstein regarding Administrative Summonses. |
| 12/22/05 | RMG | 1.05 | Meeting with N. Moscowitz; meeting with Tribal council; conference with S. Ullman; review of Memorandum and powers of attorney; research Summons issues. |
| 12/22/05 | SCU | 0.06 | Conference with R. Goldstein regarding procedure for responding to IRS Summons. |
| 12/23/05 | RMG | 0.55 | Review of Summons issue; review of Constitution. |
| 12/26/05 | RMG | 0.25 | Review of defenses to IRS Summons. |
| 12/27/05 | RMG | 0.35 | Review of Indian Gaming materials. |
| 12/28/05 | RMG | 0.85 | Telephone conference with N. Moscowitz; review of materials from Rachlin & Cohen; telephone conference with M. Hernandez; telephone conference with J. Morrero; telephone conference with N. Moscowitz. |
| 12/29/05 | RMG | 1.20 | Meeting with D. Lehtinen, N. Moscowitz, D. Carroll, et. al.; prepare Memorandum to File regarding meeting. |
| 12/30/05 | RMG | 0.50 | Review and revisions to Memorandum regarding IRS meeting; review of materials from Rachlin & Cohen. |

**PROFESSIONAL SERVICES**                                                                            $3,956.00

**COSTS ADVANCED**