UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division



Case No: 12-cv-22439-COOKE/McAliley

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a sovereign nation and
Federally recognized Indian tribe,

    Plaintiff,

vs.

BILLY CYPRESS, DEXTER WAYNE
LEHTINEN, ESQUIRE, JULIO MARTINEZ,
MIGUEL HERNANDEZ, GUY LEWIS,
ESQUIRE, MICHAEL TEIN, ESQUIRE
AND LEWIS TEIN, PL, A PROFESSIONAL
ASSOCIATION.

    Defendants.
_____/

## MICCOSUKEE TRIBE OF INDIANS OF FLORIDA
## NOTICE OF APPEAL

Notice is hereby given that the Miccosukee Tribe of Indians of Florida (hereinafter, "the Miccosukee Tribe"), Petitioner in the above-styled case, appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's Omnibus Order Granting Defendants' Motions To Dismiss Plaintiff's Second Amended Complaint [ECF No. 282]. The Miccosukee Tribe filed a Motion to Reconsider the District Court's Omnibus Order Granting Defendants' Motions To Dismiss Plaintiff's Second Amended Complaint. [ECF No. 283]. The District Court entered an Order denying the Miccosukee Tribe's Motion to Reconsider on May 12th, 2014. [ECF No. 299]. The Miccosukee Tribe is not appealing the District Court's dismissal of the state claims in the Second Amended Complaint.

Respectfully submitted on this 13th day of May 2014.

        s/ Bernardo Roman III
        Bernardo Roman III (Fl Bar No.:2739)
        Tribal Attorney
        Miccosukee Tribe of Indians of Florida
        Legal Department
        P.O. Box 440021, Tamiami Station
        Miami, FL 33144
        Telephone: (305) 894-5214
        Facsimile:  (305) 894-5212

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May13, 2014 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        Respectfully Submitted,

        s/Bernardo Roman III
        Bernardo Roman III (Fl Bar No.: 2739)
        E-mail: bromanlaw@bellsouth.net
        Tribal Attorney
        Miccosukee Tribe of Indians of Florida
        Legal Department
        P.O. Box 440021, Tamiami Station
        Miami, FL 33144
        Telephone: (305) 894-5214