UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-22439-COOKE/MCALILEY

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a sovereign nation and
federally recognized Indian tribe,

    Plaintiff,

v.

BILLY CYPRESS; DEXTER WAYNE LEHTINEN,
ESQUIRE; MORGAN STANLEY SMITH BARNEY;
JULIO MARTINEZ; MIGUEL HERNANDEZ; GUY
LEWIS, ESQUIRE; MICHAEL TEIN, ESQUIRE; and
LEWIS TEIN, PL, a professional association,

    Defendants.
_____/

**ORDER PERMITTING ELECTRONIC EQUIPMENT**

    THIS MATTER is before me *sua sponte*. Counsel for Defendants Guy Lewis, Michael Tein, and Lewis Tein PL: Paul Calli, Esquire, Charles Short, Esquire, and Yolanda Strader, Esquire, as well as their staff members: Aixa Ferrer and Michael Russo, are permitted to bring electronic equipment, including laptop computers, cellular phones, projection equipment, flash drives, and an iPad into the United States District Court for the Southern District of Florida, Miami Division, Wilkie D. Ferguson, Jr. Courthouse at 400 N. Miami Ave, Courtroom 11-2, Miami, Florida 33128 on Thursday, June 5, 2014 for use during a hearing on pending motions in this matter.

    **DONE and ORDERED** in Chambers at Miami, Florida this 27th day of May 2014.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Chris M. McAliley, U.S. Magistrate Judge*
*Counsel of Record*