IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 12-CV-22439-COOKE/MCALILEY

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a sovereign nation and
Federally recognized tribe,

    Plaintiff

Vs.

BILLY CYPRESS; DEXTER WAYNE
LEHTINEN; ESQUIRE; JULIO MARTINEZ;
MIGUEL HERNANDEZ; GUY LEWIS; et al

    Defendants
_____/

## MOTION FOR PROTECTION FROM SUBPOENA BY JOSE I MARRERO AND FOR SANCTIONS

Non-party Witness, Jose I. Marrero, moves this court to enter an order quashing the subpoena served on him on May 27, 2014 commanding his appearance at a hearing in Miami on June 5, 2014. In the alternative, Mr. Marrero moves this Court to impose sanctions against Plaintiff and their counsel, Bernardo Roman, III for imposing an unreasonable burden on Mr. Marrero under Fed R. Civ P. 45(d). Movant seeks this relief for two reasons:

    1. Mr. Marrero is scheduled to be out of country the entire week beginning June 2, 2014 on a wedding anniversary cruise that was paid for several months ago. The subpoena compels his attendance on June 5, 2014 at 9:30 AM. Mr. Marrero selected that particular week as it is his off week for chemo treatments, which are scheduled four weeks on and one week off. Attendance during the week of June 2, 2014 will require Mr. Marrero to cancel his prepaid trip. Mr. Marrero

will lose the funds paid for the trip. As a partner in an accounting firm with a full schedule, rescheduling this anniversary trip will be difficult.

    2. Mr. Marrero believes his testimony is not necessary to resolve the issues before the Court.

    A. Mr. Marrero is a public accountant employed at MRW Consulting Group, LLP. Mr. Marrero was employed by the Miccosukee Tribe and the law firm of Lewis Tein. PL to perform accounting services related to certain matters.

    B. This was a limited engagement for a limited purpose related to a determination of employment status.

    C. From a review of the Motion for Contempt filed by Mr. Lehtinen and the Petition for Re-Determination of Employment Status Under Code Section 7436 filed in Tax Court by Mr. Lehtinen for The Miccosukee Tribe Mr. Marrero believes that Mr. Lehtinen was working on an income tax issue; not the issue Mr. Marrero was working on.

    D. However based upon Mr. Marrero's knowledge of the very limited services he performed for the tribe he believes he has no relevant information to contribute in this matter.

    E. Moreover, the Miccosukee Tribe holds a privilege under which Mr. Marrero is required to protect the confidentiality of the Miccosukee Tribe. Section 90.5055, Florida Statutes. It may be the tribe intends to or has waived its privilege.

    F. In addition, because Mr. Marrero was retained by Lewis & Tein, PL Lewis & Tein has asserted that he is bound by the attorney client privilege. Section 90.502, Florida Statutes; *US v Kovel*, 296 F.2d 918 (2nd Cir. 1961).

    G. Mr. Marrero was called to testify in the suit styled <u>Carlos Bermudez, v Jimmie Bert and Tammy Gwen Billie,</u> Case No. 00-25711 CA 20 in the Circuit Court for the 11th Judicial

Circuit During his testimony he asserted the accountant client privilege without opposition. He was also deposed in Miccosukee Tribe of Indians of Florida v Guy Lewis, Esquire and Michael Tein, Esquire and Lewis Tein, P.L., Case No., 12-12816-CA-40 in the 11th Judicial circuit by Bernardo Roman, III representing the Miccosukee Tribe of Indians.

I. Prior to filing this motion Mr. Marrero emailed and called Mr. Roman on May 27, 2014 in an effort to resolve the issues raised in this motion, but has not yet had a response from Mr, Roman.

Wherefore, Mr. Jose I. Marrero moves this Court to enter an order quashing the subpoena or in the alternative imposing sanctions on Plaintiff and its counsel, Bernardo Roman, III in the event Mr. Marrero is required to cancel his testimony to testify and his testimony is not material or significant.

Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic mail this 29thday of May, 2014, to **Bernardo Roman, III, Esquire**, bromanlaw@bellsouth.net, *counsel for Miccosukee Tribe of Indians of Florida,* Post Office Box 440021, Tamiami Station, Miami, Florida 33144; and to Paul A. Calli, Esquire, pcalli@carltonfields.com, *counsel for Defendants*, Carlton Fields, P.A., 100 S.E. 2nd Street, Suite 4000, Miami, FL 33131, Claudio Riedi, criedi@lsrcf.com, counsel for Dexter W. Lehtinen, and all counsel who are registered to receive service through the CM/ECF system.

```
                                    LAWRENCE DUFFY, P.A.
                                    11380 Prosperity Farms Road, Suite 110A
                                    Palm Beach Gardens, FL 33410
                                    Telephone: (561) 439-0630
                                    E-mail:  lwduffy@bellsouth.net
                                    Counsel for Jose I. Marrero


                                    By:  __/s/_____
                                         Lawrence Duffy
                                         FBN 281328
```