IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 12-CV-22439-COOKE/McAliley

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA, a sovereign nation and federally recognized Indian tribe,

    Plaintiff,

vs.

BILLY CYPRESS; DEXTER WAYNE LEHTINEN; MORGAN STANLEY SMITH BARNEY, JULIO MARTINEZ; MIGUEL HERNANDEZ; GUY LEWIS; MICHAEL TEIN; and LEWIS TEIN, PL, a professional association,

    Defendants.

_____/

## NOTICE OF FILING EXHIBITS FOR RULE 11 HEARING

Miccosukee Tribe of Indians of Florida, Bernardo Roman, III, Esquire, Yinet Pino, Esquire, and Yesenia Lara, Esquire hereby file the following Exhibits:

| Exhibit | Exhibit Description |
|---|---|
| 1 | Chart of Billy Cypress' Homes |
| 2A | Investigative Report on Billy Cypress' Homes |
| 2B | Property Appraiser Information and Deeds for Billy Cypress' Homes |
| 3 | Photographs of and Value Information for Billy Cypress' Homes |
| 4A | List of Billy Cypress' Vehicles |
| 4B | Investigative Report on Billy Cypress' Vehicles |
| 4C | Investigative Report Update on Billy Cypress' Vehicles |
| 5A | Smith Barney 2007 Year End Statement for Miccosukee Tribe of Indians of Florida |
| 5B | Smith Barney 2008 Year End Statement for Miccosukee Tribe of Indians of Florida |
| 5C | Smith Barney 2009 Year End Statement for Miccosukee Tribe of Indians of Florida |

GUNSTER
*Counsel to Miccosukee Tribe of Indians of Florida, Bernardo Roman, III, Yinet Pino & Yesenia Lara*
One Biscayne Tower, Suite 3400
2 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  305-376-6000
Facsimile:  305-376-6010

By:  /s/ Angel A. Cortiñas
      Angel A. Cortiñas Esq., FBN 797529
      Jonathan H Kaskel, FBN 52718

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF and that the foregoing has been served on the following Service List through EM/ECF or other means.

By:  /s/ Jonathan H Kaskel
      Jonathan H Kaskel, FBN 52718

## SERVICE LIST

**Paul A. Calli, Esquire**
**Charles Short, Esquire**
**Yolanda Strader, Esquire**
Carlton Fields, P.A.
100 S.E. 2nd Street, Suite 4000
Miami, FL 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
pcalli@carltonfields.com
cshort@carltonfields.com
ystrader@carltonfields.com
*Counsel to Defendants Guy Lewis, Esquire, Michael Tein, Esquire, and Lewis Tein, PL*

**Scott Alan Lazar, Esquire**
Koltun & Lazar
7901 SW 67th Ave., Suite 100
Miami, FL 33143
Telephone: (305)-595-6791
Facsimile: (305)-595-5400
scott@koltunlazar.com
*Counsel to Defendant Miguel Hernandez*

**Manuel A. Avila, Esquire**
Manuel A. Avila, Esq. & Associates, P.A.
11120 N. Kendall Drive
Suite 200
Miami, Florida 33176
Telephone: (305) 249-1111
Facsimile: (305) 647-0686
mavila@avilalegal.com
*Counsel to Defendant Julio Martinez*

**Claudio Riedi, Esquire**
Lehtinen Schultz Riedi, etc.
Sabadell Financial Center
1111 Brickell Avenue, Suite 2200
Miami, FL 33131
Phone: 305.760.8544 / Fax: 305.356.5720
criedi@lsrcf.com
*Counsel to Defendant Dexter W. Lehtinen, Esquire*

**Robert O. Saunooke, Esq.**
Saunooke Law Firm, P.A
18620 SW 39th Court
Miramar, FL 33029
Tel: (561) 302-5297
Fax: (954) 499-0598
ndnlawyer@hotmail.com
*Counsel to Defendant Billy Cypress*

**Steven M. Goldsmith, Esq.**
Steven M. Goldsmith, P.A.
Co-Counsel for Billy Cypress
5355 Town Center Road, Suite 801
Boca Raton, FL 33486
Tel: (561) 391-4900
Fax: (561) 391-6973
steve.goldsmith@sgoldsmithlaw.com
*Counsel to Defendant Billy Cypress*

**Yinet Pino, Esquire**
**Yesenia Laura, Esquire**
**Bernardo Roman, III, Esquire**
1250 SW 27th Avenue, Suite 506
Miami, Florida 33135
Telephone: (305) 643-7993
Facsimile: (305) 643-7995
yinet@bromanlaw.com
yesenia@bromanlaw.com
bromanlaw@bellsouth.net
*Counsel to Miccosukee Tribe of Indians of Florida*

MIA_ACTIVE 4194919.1