IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 12-CV-22439-COOKE/McAliley

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA, a sovereign nation and federally recognized Indian tribe,

    Plaintiff,

vs.

BILLY CYPRESS; DEXTER WAYNE LEHTINEN; MORGAN STANLEY SMITH BARNEY, JULIO MARTINEZ; MIGUEL HERNANDEZ; GUY LEWIS; MICHAEL TEIN; and LEWIS TEIN, PL, a professional association,

    Defendants.
_____/

## NOTICE OF FILING EXHIBITS FOR RULE 11 HEARING

Miccosukee Tribe of Indians of Florida, Bernardo Roman, III, Esquire, Yinet Pino, Esquire, and Yesenia Lara, Esquire hereby file the following Exhibits:

| Exhibit | Exhibit Description |
|---|---|
| 25A | 2007 Miccosukee Tribe of Indians of Florida's Financial Statements |
| 25B | 2007 Letter from Auditor re 2007 Financial Statements |
| 25C | Miccosukee Tribe of Indians of Florida's Response to 2007 Audit Letter |
| 26A | 2008 Miccosukee Tribe of Indians of Florida's Financial Statements |
| 26B | 2008 Letter from Auditor re 2008 Financial Statements |
| 26C | Miccosukee Tribe of Indians of Florida's Response to 2008 Audit Letter |
| 27A | Miguel Hernandez Worksheet of "Loans" to Billy Cypress |
| 27B | Miguel Hernandez Worksheet of Billy Cypress' Gambling |
| 28 | May 4, 2006 General Report by Dexter Lehtinen |
| 29 | IRS Agent James Furnas' letter re Examination of Billy Cypress |
| 30 | Dexter Lehtenin Handwritten Notes |

| | |
|---|---|
| 31 | June 27, 2006 Letter from Dexter Lehtinen to IRS with Attached Legal Opinion Memorandum |
| 32 | May 23, 2007 Memo to File by Dione Carroll & Memorandum from Dione Carroll to Dexter Lehtinen re Taxation of Dividend Check |
| 33 | October 13, 2009 Memorandum to File by Julio Martinez re Financial Status of Miccosukee Tribe of Indians of Florida |
| 34 | Lehtinen, Vargas & Riedi IRS 2007-2010 1099s |
| 35 | July 28, 2006 Tax Memorandum by Dexter Lehtinen, Guy Lewis, and Anthony J. O'Donnell, Jr. |
| 36 | September 18, 2003 Memorandum to File from Dione Carroll |
| 37 | Affidavit of Theresa Willie |
| 38A | April 22, 2013 Email from Yesenia Lara to Bryan West re Production of General Council Meeting Recordings |
| 38B | April 22, 2013 Email from Yesenia Lara to Vendor Engaged to Digitize Recordings: re Access of Defense Counsel to Recordings on Dropbox |

GUNSTER
*Counsel to Miccosukee Tribe of Indians of Florida, Bernardo Roman, III, Yinet Pino & Yesenia Lara*
One Biscayne Tower, Suite 3400
2 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  305-376-6000
Facsimile:  305-376-6010

By: /s/ Angel A. Cortiñas
　　　Angel A. Cortiñas Esq., FBN 797529
　　　Jonathan H Kaskel, FBN 52718

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF and that the foregoing has been served on the following Service List through EM/ECF or other means.

By: /s/ Jonathan H Kaskel
　　　Jonathan H Kaskel, FBN 52718

**SERVICE LIST**

**Scott Alan Lazar, Esquire**
Koltun & Lazar
7901 SW 67th Ave., Suite 100
Miami, FL 33143
Telephone: (305)-595-6791
Facsimile: (305)-595-5400
scott@koltunlazar.com
*Counsel to Defendant Miguel Hernandez*


**Paul A. Calli, Esquire**
**Charles Short, Esquire**
**Yolanda Strader, Esquire**
Carlton Fields, P.A.
100 S.E. 2nd Street, Suite 4000
Miami, FL 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
pcalli@carltonfields.com
cshort@carltonfields.com
ystrader@carltonfields.com
*Counsel to Defendants Guy Lewis, Esquire, Michael Tein, Esquire, and Lewis Tein, PL*

**Manuel A. Avila, Esquire**
Manuel A. Avila, Esq. & Associates, P.A.
11120 N. Kendall Drive
Suite 200
Miami, Florida 33176
Telephone: (305) 249-1111
Facsimile: (305) 647-0686
mavila@avilalegal.com
*Counsel to Defendant Julio Martinez*

**Claudio Riedi, Esquire**
Lehtinen Schultz Riedi, etc.
Sabadell Financial Center
1111 Brickell Avenue, Suite 2200
Miami, FL 33131
Phone: 305.760.8544 / Fax: 305.356.5720
criedi@lsrcf.com
*Counsel to Defendant Dexter W. Lehtinen, Esquire*

**Yinet Pino, Esquire**
**Yesenia Laura, Esquire**
**Bernardo Roman, III, Esquire**
1250 SW 27th Avenue, Suite 506
Miami, Florida 33135
Telephone: (305) 643-7993
Facsimile: (305) 643-7995
yinet@bromanlaw.com
yesenia@bromanlaw.com
bromanlaw@bellsouth.net
*Counsel to Miccosukee Tribe of Indians of Florida*


**Robert O. Saunooke, Esq.**
Saunooke Law Firm, P.A
18620 SW 39th Court
Miramar, FL 33029
Tel: (561) 302-5297
Fax: (954) 499-0598
ndnlawyer@hotmail.com
*Counsel to Defendant Billy Cypress*

**Steven M. Goldsmith, Esq.**
Steven M. Goldsmith, P.A.
Co-Counsel for Billy Cypress
5355 Town Center Road, Suite 801
Boca Raton, FL 33486
Tel: (561) 391-4900
Fax: (561) 391-6973
steve.goldsmith@sgoldsmithlaw.com
*Counsel to Defendant Billy Cypress*

MIA_ACTIVE 4194919.1