IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 12-CV-22439-COOKE/McAliley

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA, a sovereign nation and federally recognized Indian tribe,

    Plaintiff,

vs.

BILLY CYPRESS; DEXTER WAYNE LEHTINEN; MORGAN STANLEY SMITH BARNEY, JULIO MARTINEZ; MIGUEL HERNANDEZ; GUY LEWIS; MICHAEL TEIN; and LEWIS TEIN, PL, a professional association,

    Defendants.
_____/

### NOTICE OF FILING EXHIBITS FOR RULE 11 HEARING

Miccosukee Tribe of Indians of Florida, Bernardo Roman, III, Esquire, Yinet Pino, Esquire, and Yesenia Lara, Esquire hereby file the following Exhibits:

| Exhibit | Exhibit Description |
|---|---|
| 39A | December 23, 2013 Hearing Transcript Excerpt, pp. 75-78, before Judge John Thornton, Case No. 11-39362 in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida |
| 39B | December 23, 2013 Hearing Transcript before Judge John Thornton, Case No. 11-39362 in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida |
| 40A | May 12, 2014 Hearing Transcript Excerpt pp. 46-48, before Judge Marcia G. Cooke |
| 40B | May 12, 2014 Hearing Transcript, before Judge Marcia G. Cooke |
| 41A | January 11, 2006 Letter from IRS to Dexter Lehtinen re Tax Exemption |
| 41B | February 6, 2006 Letter from IRS re January 11, 2006 Letter |
| 42 | Dexter Lehtinen May 16, 2006 Handwritten Notes |

| | |
|---|---|
| 43 | Billy Cypress "Loan" Repayment Schedule |
| 44A | Miccosukee Tribe of Indians of Florida's Complaint for Injunctive Relief re Freedom of Information Act (FOIA) Document Requests related to Guy Lewis' Termination or Forced Resignation at the Department of Justice |
| 44B | Appeal of Denial of Miccosukee Tribe of Indians of Florida's FOIA Request |
| 44C | Denial of Miccosukee Tribe of Indians of Florida's FOIA Request |
| 45 | **FILED SEPARATELY UNDER SEAL** - General Council meeting minutes: (A) 02/10/05; (B) 05/05/05; (C) 08/04/05; (D) 11/03/05; (E) 02/09/06; (F) 05/04/06; (G) 08/03/06; (H) 11/02/06; (I) 02/08/07; (J) 05/03/07; (K) 08/02/07; (L) 11/08/07; (M) 02/11/08; (N) 05/08/08; (O) 08/07/08; (P) 11/06/08; (Q) 02/05/09; (R) 05/07/09; (S) 08/06/09; (T) 11/10/09 |
| 46A | September 23, 2010 Letter re Disclosure of Financial Information |
| 46B | December 2, 2010 Response to Letter re Disclosure of Financial Information |

GUNSTER
*Counsel to Miccosukee Tribe of Indians of Florida, Bernardo Roman, III, Yinet Pino & Yesenia Lara*
One Biscayne Tower, Suite 3400
2 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  305-376-6000
Facsimile:  305-376-6010

By:  /s/ Angel A. Cortiñas
    Angel A. Cortiñas Esq., FBN 797529
    Jonathan H Kaskel, FBN 52718

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF and that the foregoing has been served on the following Service List through EM/ECF or other means.

By:  /s/ Jonathan H Kaskel
    Jonathan H Kaskel, FBN 52718

**SERVICE LIST**

**Scott Alan Lazar, Esquire**
Koltun & Lazar
7901 SW 67th Ave., Suite 100
Miami, FL 33143
Telephone: (305)-595-6791
Facsimile: (305)-595-5400
scott@koltunlazar.com
*Counsel to Defendant Miguel Hernandez*


**Paul A. Calli, Esquire**
**Charles Short, Esquire**
**Yolanda Strader, Esquire**
Carlton Fields, P.A.
100 S.E. 2nd Street, Suite 4000
Miami, FL 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
pcalli@carltonfields.com
cshort@carltonfields.com
ystrader@carltonfields.com
*Counsel to Defendants Guy Lewis, Esquire, Michael Tein, Esquire, and Lewis Tein, PL*

**Manuel A. Avila, Esquire**
Manuel A. Avila, Esq. & Associates, P.A.
11120 N. Kendall Drive
Suite 200
Miami, Florida 33176
Telephone: (305) 249-1111
Facsimile: (305) 647-0686
mavila@avilalegal.com
*Counsel to Defendant Julio Martinez*

**Claudio Riedi, Esquire**
Lehtinen Schultz Riedi, etc.
Sabadell Financial Center
1111 Brickell Avenue, Suite 2200
Miami, FL 33131
Phone: 305.760.8544 / Fax: 305.356.5720
criedi@lsrcf.com
*Counsel to Defendant Dexter W. Lehtinen, Esquire*

**Yinet Pino, Esquire**
**Yesenia Laura, Esquire**
**Bernardo Roman, III, Esquire**
1250 SW 27th Avenue, Suite 506
Miami, Florida 33135
Telephone: (305) 643-7993
Facsimile: (305) 643-7995
yinet@bromanlaw.com
yesenia@bromanlaw.com
bromanlaw@bellsouth.net
*Counsel to Miccosukee Tribe of Indians of Florida*


**Robert O. Saunooke, Esq.**
Saunooke Law Firm, P.A
18620 SW 39th Court
Miramar, FL 33029
Tel: (561) 302-5297
Fax: (954) 499-0598
ndnlawyer@hotmail.com
*Counsel to Defendant Billy Cypress*

**Steven M. Goldsmith, Esq.**
Steven M. Goldsmith, P.A.
Co-Counsel for Billy Cypress
5355 Town Center Road, Suite 801
Boca Raton, FL 33486
Tel: (561) 391-4900
Fax: (561) 391-6973
steve.goldsmith@sgoldsmithlaw.com
*Counsel to Defendant Billy Cypress*

MIA_ACTIVE 4194919.1