IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 12-CV-22439-COOKE/McAliley

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA, a sovereign nation and federally recognized Indian tribe,

    Plaintiff,

vs.

BILLY CYPRESS; DEXTER WAYNE LEHTINEN; MORGAN STANLEY SMITH BARNEY, JULIO MARTINEZ; MIGUEL HERNANDEZ; GUY LEWIS; MICHAEL TEIN; and LEWIS TEIN, PL, a professional association,

    Defendants.
_____/

**NOTICE OF FILING MICCOSUKEE TRIBE OF INDIANS OF FLORIDA'S**
**WITNESS LIST FOR RULE 11 HEARING**

Please take notice that, pursuant to the Court's Order (DE 298), Miccosukee Tribe of Indians of Florida and its counsel file the attached Witness List.

    GUNSTER
    *Counsel to Miccosukee Tribe of Indians of Florida,*
    *Bernardo Roman, III, Yinet Pino & Yesenia Lara*
    One Biscayne Tower, Suite 3400
    2 South Biscayne Boulevard
    Miami, Florida  33131
    Telephone:  305-376-6000
    Facsimile:  305-376-6010

    By:  /s/ Angel A. Cortiñas
        Angel A. Cortiñas Esq., FBN 797529
        Jonathan H Kaskel, FBN 52718

## WITNESS LIST

| Witnesses (*alphabetical*) | Anticipated Length of Questioning by Undersigned Counsel |
|---|---|
| Judge Minnie Bert | 15 minutes |
| Dione Carroll | 15 minutes |
| Assistant Chairman Roy Cypress | 10 minutes |
| Jerry Cypress (Billy Cypress' brother) | 10 minutes |
| Steven Davis, Esquire | 30 minutes |
| Terry Kissel | 30 minutes |
| Adam Lang | 10 minutes |
| Yesenia Lara | 10 minutes |
| Dexter Lehtinen, Esquire | 30 minutes |
| Guy Lewis, Esquire | 15 minutes |
| Jose Marrero | 10 minutes |
| Charles Morley | 30 minutes |
| Cassandra Osceola | 15 minutes |
| Judge Petties Osceola Jr. | 15 minutes |
| Eladio Paez | 45 minutes |
| Yinet Pino, Esquire | 25 minutes |
| Richard Pollack, C.P.A. | 25 minutes |
| Claudio Riedi | 05 minutes |
| James Robinson, C.P.A. | 15 minutes |
| Bernardo Roman, III, Esquire | 30 minutes |
| Michael Tein, Esquire | 15 minutes |
| Jose Tercilla | 10 minutes |
| Jennifer Tigertail | 15 minutes |
| Christine Tigertail | 15 minutes |
| Carlos Trueba, C.P.A. | 25 minutes |
| Former Judge Theresa Willie | 15 minutes |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF and that the foregoing has been served on the following Service List through EM/ECF or other means.

By: /s/ Jonathan H Kaskel
Jonathan H Kaskel, FBN 52718

**SERVICE LIST**

**Paul A. Calli, Esquire**
**Charles Short, Esquire**
**Yolanda Strader, Esquire**
Carlton Fields, P.A.
100 S.E. 2nd Street, Suite 4000
Miami, FL 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
pcalli@carltonfields.com
cshort@carltonfields.com
ystrader@carltonfields.com
*Counsel to Defendants Guy Lewis, Esquire, Michael Tein, Esquire, and Lewis Tein, PL*

**Scott Alan Lazar, Esquire**
Koltun & Lazar
7901 SW 67th Ave., Suite 100
Miami, FL 33143
Telephone: (305)-595-6791
Facsimile: (305)-595-5400
scott@koltunlazar.com
*Counsel to Defendant Miguel Hernandez*

**Manuel A. Avila, Esquire**
Manuel A. Avila, Esq. & Associates, P.A.
11120 N. Kendall Drive
Suite 200
Miami, Florida 33176
Telephone: (305) 249-1111
Facsimile: (305) 647-0686
mavila@avilalegal.com
*Counsel to Defendant Julio Martinez*

**Claudio Riedi, Esquire**
Lehtinen Schultz Riedi, etc.
Sabadell Financial Center
1111 Brickell Avenue, Suite 2200
Miami, FL 33131
Phone: 305.760.8544 / Fax: 305.356.5720
criedi@lsrcf.com
*Counsel to Defendant Dexter W. Lehtinen, Esquire*

**Robert O. Saunooke, Esq.**
Saunooke Law Firm, P.A
18620 SW 39th Court
Miramar, FL 33029
Tel: (561) 302-5297
Fax: (954) 499-0598
ndnlawyer@hotmail.com
*Counsel to Defendant Billy Cypress*

**Steven M. Goldsmith, Esq.**
Steven M. Goldsmith, P.A.
Co-Counsel for Billy Cypress
5355 Town Center Road, Suite 801
Boca Raton, FL 33486
Tel: (561) 391-4900
Fax: (561) 391-6973
steve.goldsmith@sgoldsmithlaw.com
*Counsel to Defendant Billy Cypress*

**Yinet Pino, Esquire**
**Yesenia Laura, Esquire**
**Bernardo Roman, III, Esquire**
1250 SW 27th Avenue, Suite 506
Miami, Florida 33135
Telephone: (305) 643-7993
Facsimile: (305) 643-7995
yinet@bromanlaw.com
yesenia@bromanlaw.com
bromanlaw@bellsouth.net
*Counsel to Miccosukee Tribe of Indians of Florida*

MIA_ACTIVE 4194935.1