UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-22439-CIV-COOKE/MCALILEY

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA,

    Plaintiff,

v.

BILLY CYPRESS, *et al.*,

    Defendants.
_____/

**NOTICE OF FILING DEXTER LEHTINEN'S WITNESS
AND EXHIBIT LIST FOR RULE 11 HEARING**

Defendant Dexter W. Lehtinen ("Lehtinen"), by and through undersigned counsel, pursuant to the Court's Order (DE 298), hereby files the attached Witness and Exhibit List.

**DEFENDANT LEHTINEN'S WITNESS LIST**

Julio Martinez

Jodi Goldenberg

Dexter Lehtinen

Guy Lewis

Bernardo Roman III

Yinet Pino

Yesenia Rey

Jonathan Kaskel

Angel Cortinas

Custodian of Records of the Miccosukee Tribe (including custodian of tape recordings of Miccosukee General Council Meetings and Recorder of Miccosukee General Council Meetings)

## DEFENDANT LEHTINEN'S EXHIBIT LIST

A. General Report by Lehtinen to Miccosukee General Counsel, Feb. 9, 2006

B. Minutes of Miccosukee General Counsel, Feb. 9, 2006

C. General Report by Lehtinen to Miccosukee General Counsel, May 4, 2006

D. Minutes of Miccosukee General Council, May 4, 2006

E. Memorandum by Lehtinen to Chairman Cypress, June 26, 2006, with attachments

F. General Report by Lehtinen to Miccosukee General Counsel, Aug. 3, 2006

G. Minutes of Miccosukee General Council, Aug. 3, 2006

H. General Report by Lehtinen to Miccosukee General Counsel, Nov. 2, 2006

I. Minutes of Miccosukee General Council, Nov. 2, 2006

J. Various Miccosukee Finance Reports (Reserve B) (Exhibit B of Defendant Lehtinen's Motion for Sanctions Pursuant to Rule 11, Sep. 3, 2013)

K. UBS Financial Services, Inc. Report, Sep. 2004, Miccosukee Reserve B Account

L. Finance Report in Minutes of Miccosukee General Council Meeting, Nov. 6, 2008

M. Deposition of Julio Martinez, March 22, 2013

N. Minutes of Miccosukee General Council Meeting, Nov. 4, 2004

O. Deposition of Chairman Colley Billie, March 18, 2013

P. E-mail, Marrero to Lewis, 9/29/06

Q. Letter from Miccosukee Tribe (by Roman) to Blum, Sep. 23, 2010

R. Memorandum by White & Case (Gragg and Houk) to Miccosukee Tribe, Feb. 14, 2003, regarding taxes

S. Memorandum by White & Case (Houk) to Miccosukee Tribe, April 26, 2003, regarding taxes

T. Memorandum by Carroll, 9/18/03 regarding Miccosukee meeting with White & Case on tax issues

U. Letter from Osceola to Tiger, March 23, 1989, Regarding Miccosukee Tribe Position That Distributions Are Non-Taxable (on Tribal Letterhead)

V. Memorandum by Roman Regarding "Taxpayer's Statement of Tribal Distributions Received" (on Tribal Letterhead)

W. Letter by Roman to Gren, IRS, May 24, 2011, regarding "Protest Letter – Appeal of income tax"

X. Constitution of the Miccosukee Tribe of Indians of Florida (and By-Laws)

Y. Miccosukee Tribe v. Commissioner of Internal Revenue, Petition for Lien or Levy Action, U.S. Tax Court, 20785-13 "L", Sep. 6, 2013

Z. Transcript, hearing before the Hon. Judge Cooke, May 12, 2014

AA. Record of Tapes Provided, Miccosukee General Council Meetings, 2004 to 2010

BB. Transcript of Miccosukee General Council Meeting, August 1995, Regarding Recording of General Council Meetings

**LEHTINEN SCHULTZ RIEDI CATALANO
DE LA FUENTE PLLC**
*Attorneys for Dexter W. Lehtinen, Esq.*
Sabadell Financial Center
1111 Brickell Avenue
Suite 2200
Miami, FL 33131
Phone: 305.760.8544
Fax:  305.356.5720
criedi@lsrcf.com

By: /s/ Claudio Riedi
       CLAUDIO RIEDI
       Florida Bar No. 984930

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 30, 2014**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record who are registered to receive service through the CM/ECF system.

                                    /s/     Claudio Riedi
                                    CLAUDIO RIEDI

MIAMI:581154.1