IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 12-CV-22439-COOKE/McAliley

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a sovereign nation and
Federally recognized Indian tribe,
    Plaintiff,

vs.

BILLY CYPRESS; DEXTER WAYNE
LEHTINEN, ESQUIRE; MORGAN
STANLEY SMITH BARNEY, JULIO
MARTINEZ; MIGUEL HERNANDEZ;
GUY LEWIS, ESQUIRE; MICHAEL
TEIN, ESQUIRE; AND LEWIS TEIN, PL,
A Professional Association,
    Defendants.
_____/

**NOTICE OF FILING EXHIBITS FOR RULE 11 HEARING**

    Miccosukee Tribe of Indians of Florida, Bernardo Roman, III, Esquire, Yinet Pino, Esquire, and Yesenia Lara, Esquire hereby add the following Exhibit to their Exhibit List (ECF No. 313):

| Exhibit | Exhibit Description |
|---|---|
| 18 E | Report of Guy Lewis Real Estate Assets |

                                      GUNSTER
                                      Counsel to Miccosukee Tribe of Indians of Florida,
                                      Bernardo Roman, III, Yinet Pino & Yesenia Lara
                                      One Biscayne Tower, Suite 3400
                                      2 South Biscayne Boulevard
                                      Miami, Florida 33131
                                      Telephone: 305-376-6000
                                      Facsimile: 305-376-6010

                                      By: /s/ Angel A. Cortiñas
                                        Angel A. Cortiñas Esq., FBN 797529
                                        Jonathan H Kaskel, FBN 52718

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF and that the foregoing has been served on the following Service List through EM/ECF or other means.

                By: /s/ Angel A. Cortiñas
                    Angel A. Cortiñas Esq., FBN 797529
                    Jonathan H Kaskel, FBN 52718

**SERVICE LIST**

Scott Alan Lazar, Esquire
Koltun & Lazar
7901 SW 67th Ave., Suite 100
Miami, FL 33143
Telephone: (305)-595-6791
Facsimile: (305)-595-5400
scott@koltunlazar.com
Counsel to Defendant Miguel Hernandez


Paul A. Calli, Esquire
Charles Short, Esquire
Yolanda Strader, Esquire
Carlton Fields, P.A.
100 S.E. 2nd Street, Suite 4000
Miami, FL 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
pcalli@carltonfields.com
cshort@carltonfields.com
ystrader@carltonfields.com
Counsel to Defendants Guy Lewis, Esquire, Michael Tein, Esquire, and Lewis Tein, PL

Manuel A. Avila, Esquire
Manuel A. Avila, Esq. & Associates, P.A.
11120 N. Kendall Drive
Suite 200
Miami, Florida 33176
Telephone: (305) 249-1111
Facsimile: (305) 647-0686
mavila@avilalegal.com
Counsel to Defendant Julio Martinez

Claudio Riedi, Esquire
Lehtinen Schultz Riedi, etc.
Sabadell Financial Center
1111 Brickell Avenue, Suite 2200
Miami, FL 33131
Phone: 305.760.8544 / Fax: 305.356.5720
criedi@lsrcf.com
Counsel to Defendant Dexter W. Lehtinen, Esquire

Yinet Pino, Esquire
Yesenia Lara, Esquire
Bernardo Roman, III, Esquire
1250 SW 27th Avenue, Suite 506
Miami, Florida 33135
Telephone: (305) 643-7993
Facsimile: (305) 643-7995
yinet@bromanlaw.com
yesenia@bromanlaw.com
bromanlaw@bellsouth.net
Counsel to Miccosukee Tribe of Indians of Florida


Robert O. Saunooke, Esq.
Saunooke Law Firm, P.A
18620 SW 39th Court
Miramar, FL 33029
Tel: (561) 302-5297
Fax: (954) 499-0598
ndnlawyer@hotmail.com
Counsel to Defendant Billy Cypress

Steven M. Goldsmith, Esq.
Steven M. Goldsmith, P.A.
Co-Counsel for Billy Cypress
5355 Town Center Road, Suite 801
Boca Raton, FL 33486
Tel: (561) 391-4900
Fax: (561) 391-6973
steve.goldsmith@sgoldsmithlaw.com
Counsel to Defendant Billy Cypress