UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-22439-MGC

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA,

       Plaintiff,

vs.

BILLY CYPRESS; DEXTER WAYNE
LEHTINEN, ESQUIRE; MORGAN STANLEY
SMITH BARNEY; JULIO MARTINEZ;
MIGUEL HERNANDEZ; GUY LEWIS,
ESQUIRE; MICHAEL TEIN, ESQUIRE; and
LEWIS TEIN, PL, a professional association,

       Defendants.

_____/

## LEWIS TEIN'S WITNESS LIST
## PER ORDER SCHEDULING EVIDENTIARY HEARING

Guy Lewis, Michael Tein, and Lewis Tein, PL (collectively "Lewis Tein"), pursuant to the Court's Order Scheduling Evidentiary Hearing, Granting Motion to Supplement the Record on Lewis Tein's Rule 11 Motion for Sanctions, and Denying Motion to Strike Lewis Tein's Motion to Supplement the Record on Lewis Tein's Rule 11 Motion for Sanctions [D.E. 298], provide the following witness list for the June 5, 2014 hearing:

| No. | Witness | Estimated length of testimony of witness[1] |
|---|---|---|
| 1. | Jodi Rae Goldenberg, former Tribe Bookkeeper | 45 minutes – 1 hour |
| 2. | Jose Menendez, CPA, Tribe's Auditor | 45 minutes – 1 hour |
| 3. | Guy Lewis, Esq. | 20 minutes – 30 minutes |
| 4. | Michael Tein, Esq. | 20 minutes – 30 minutes |

---

[1] These estimates will be substantially reduced should Rule 11 Counsel for Bernardo Roman III, Yinet Pino, Yesenia Lara and the Tribe accept the undersigned's request to stipulate to the admissibility of documents produced by the Tribe or its agent in discovery and to deposition transcripts.

| | | |
|---|---|---|
| 5. | Jeanine Bennett, Esq., former Tribe In-House Counsel | 20 minutes – 30 minutes |
| 6. | Allyn Roque, Esq. | 30 minutes – 45 minutes |
| 7. | Julio Martinez, former Tribe Chief Financial Officer | 20 minutes – 30 minutes |
| 8. | James Robinson, CPA | 20 minutes – 30 minutes |
| 9. | Aixa Ferrer | 30 minutes – 45 minutes |

Respectfully submitted,

Carlton Fields Jorden Burt, P.A.

100 S.E. Second Street, Suite 4200
Miami, Florida 33131

By: /s/ Paul A. Calli
　　Paul A. Calli
　　Florida Bar No. 994121
　　Email: pcalli@cfjblaw.com
　　　　　cbussone@cfjblaw.com
　　　　　miaecf@cfdom.net
*Attorneys for Guy Lewis, Michael Tein, and Lewis Tein, PL*

Case No. 1:12-cv-22439-MGC

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on May 30, 2014, we electronically filed the foregoing document with the Clerk of Court using CM/ECF.  We also certify that the foregoing document is being served on this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

        CARLTON FIELDS JORDEN BURT, P.A.

By: /s/ Paul A. Calli
    Paul A. Calli
    Florida Bar No. 994121
    Email: pcalli@cfjblaw.com
          cbussone@cfjblaw.com
          miaecf@cfdom.net