UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-22439-COOKE/MCALILEY

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a sovereign nation and
federally recognized Indian tribe,

    Plaintiff,

v.

BILLY CYPRESS; DEXTER WAYNE LEHTINEN,
ESQUIRE; MORGAN STANLEY SMITH BARNEY;
JULIO MARTINEZ; MIGUEL HERNANDEZ; GUY
LEWIS, ESQUIRE; MICHAEL TEIN, ESQUIRE; and
LEWIS TEIN, PL, a professional association,

    Defendants.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PROTECTION FROM SUBPOENA BY JOSE I MARRERO AND FOR SANCTIONS**

    THIS MATTER is before me upon the Motion for Protection from Subpoena by Jose I. Marrero and for Sanctions (ECF No. 311). It is unknown whether Plaintiff Miccosukee Tribe of Indians of Florida objects to the relief sought.

    Despite having had notice of this hearing since May 12, 2014 (*see* ECF No. 298), non-party witness Jose I. Marrero was not served with the subpoena at issue until May 27, 2014. Further exacerbating the need to resolve this dispute expeditiously, and without the benefit of legal memoranda and the opposing party's argument, is the fact that the non-party witness seeking protection departs for a prepaid wedding anniversary cruise on June 2, 2014. This emergent dilemma will be borne by the parties, and not by the Court.

    Having reviewed the Motion for Protection, the record, and the relevant legal authority, pursuant to Federal Rule of Civil Procedure 45(c), it is hereby **ORDERED and ADJUDGED** that the Motion for Protection from Subpoena by Jose I. Marrero and for Sanctions is **GRANTED in part and DENIED in part**. Plaintiff Miccosukee Tribe of Indians of Florida may depose non-party witness Jose I. Marrero on or before June 1, 2014, solely for the purpose of gathering testimony germane to the issues to be heard at the

Evidentiary Hearing on June 5, 2014. Plaintiff shall bear all costs and attorney's fees incurred in deposing non-party witness Jose I. Marrero.

IT IS FURTHER **ORDERED** that any claim of accountant-client privilege pursuant to Florida Statute § 90.5055 or attorney-client privilege pursuant to Florida Statute § 90.502 is **WAIVED**.

IT IS FURTHER **ORDERED** that non-party witness Jose I. Marrero is hereby excused from personal attendance at the Evidentiary Hearing scheduled on June 5, 2014.

**DONE and ORDERED** in chambers, at Miami, Florida, this 30th day of May 2014.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Chris M. McAliley, U.S. Magistrate Judge*
*Counsel of record*

2