IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 12-12816 CA 27

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA, a sovereign nation and federally recognized Indian Tribe,

    Plaintiff,

v.

GUY LEWIS, ESQUIRE and MICHAEL TEIN, ESQUIRE, individually, And LEWIS TEIN, PL, a law firm and professional association,

    Defendants.

_____/



## ORDER GRANTING EMERGENCY MOTION TO REDACT HOME ADDRESSES FROM COMPLAINT

THIS CAUSE having come before the Court upon Defendants' emergency motion to redact their home addresses from Plaintiff's complaint, and this Court being fully advised on the premises, it is hereby:

ORDERED AND ADJUDGED that:

1.     The motion is GRANTED.

    a. The Clerk's Office shall redact Defendants' Guy Lewis and Michael Tein's home addresses from Plaintiff's complaint.

    b. Plaintiff and its lawyers shall not disseminate or disclose Guy Lewis and Michael Tein's home addresses in the future.

2. If Plaintiff objects to entry of this Order, it may move for rehearing and a hearing will be held within 5 days.

1/4

CASE NO.: 12-12816 CA 27

DONE AND ORDERED in Miami-Dade County, Florida this 4 day of April, 2012.

_____
HONORABLE VICTORIA PLATZER
CIRCUIT COURT JUDGE

Copies furnished to all counsel.

2