1

```
                        IN THE CIRCUIT COURT OF THE 11TH
                        JUDICIAL CIRCUIT, IN AND FOR
                        MIAMI-DADE COUNTY, FLORIDA

                        GENERAL JURISDICTION DIVISION

                        CASE NO. 12-12816 CA 40
```



MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a sovereign nation and
Federally-recognized Indian Tribe,

    Plaintiff,

vs.

GUY LEWIS, ESQUIRE and
MICHAEL TEIN, ESQUIRE, Individually,
and LEWIS TEIN, P.L. a law firm and
professional association,

    Defendants.

_____/

The above-entitled cause came on for telephonic hearing before the Honorable John Thornton, Judge of the above-styled court, on the 10th day of September, 2013, commencing at 9:30 a.m.

APPEARANCES

On behalf of the Plaintiff:

    BERNIE ROMAN, ESQUIRE
    P.O. Box 440021, Tamiami Station
    Miami, Florida 33144
    BY: YESENIA REY, ESQUIRE
    BY: YINET PINO, ESQUIRE

On behalf of the Plaintiff:

    JOSE HERRERA, ESQUIRE
    2350 Coral Way
    Suite 201
    Coral Gables, Florida 33145

On behalf of the Defendant:

    CARLTON FIELDS, P.A.
    100 S.E. 2nd Street
    Suite 4000
    Miami, Florida 33131
    BY: PAUL CALLI, ESQUIRE
    BY: CHAS SHORT, ESQ.
    BY: YOLANDA STRADER, ESQUIRE

On behalf of Menendez:
    MYRNABELLE ROCHE, ESQUIRE
    8100 SW 10th Street
    Suite 2500
    Plantation, Florida 33324

1　　over and over in different transcripts, that
2　　she was protecting until they were necessary.
3　　I think at this point they're necessary,
4　　they're being used.  I think there's no sense
5　　in continuing the sending them in camera and
6　　the sealed.  There's nothing secret about
7　　them.  There's really nothing in those
8　　depositions that is going to hurt anybody
9　　more than this process has already hurt, you
10　know, some of the parties and nonparties.  So
11　I think at this point they all need to be
12　unsealed in their entirety and not nitpick
13　through portions of depositions that should
14　be or should not be sealed because they're
15　irrelevant because at that point who decides,
16　you know.  I'm not sure Your Honor would like
17　to go through each and every deposition,
18　pages and pages and have redactions to
19　certain portions of depositions.  That's the
20　Tribe's position.
21　　　　MR. CALLI: Judge, briefly, on behalf of
22　Lewis Tein.  We're not asking you to go
23　through depositions or nitpick.  We're asking
24　you just to leave your order undisturbed as
25　to Guy Lewis, not to keep the deposition

```
 1    sealed, but Your Honor ordered that certain
 2    questions were not relevant and specified
 3    that any motion in limine even for trial
 4    should be filed under seal.  So we've
 5    provided you with a motion and we've asked
 6    you simply to --
 7         THE COURT: Here's my question:  Is the
 8    portion that you're talking about that you
 9    believe ought to remain sealed, those
10    portions, the pages and lines --
11         MR. CALLI:  Yes.
12         THE COURT: -- are those answered or are
13    those just the questions?
14         MS. REY: They were not answered, Your
15    Honor.
16         MR. CALLI:  These are a series of
17    questions about matters irrelevant in every
18    respect to this action that the special
19    master appelled our objection and Your Honor
20    ruled couldn't be gotten into.
21         So, it's our position that just -- just
22    the notion of -- I mean, I just heard the
23    Tribe, or the lawyer for the Tribe's
24    accountant, talk about press and all this.
25    These questions were, in our view,
```

```
 1    go back and just take a look at and go
 2    through, with those thoughts in mind of where
 3    I would probably be inclined to go, take a
 4    look at the questions and answers in that
 5    regard.  Because it doesn't have everything
 6    here that we're referring to -- I don't think
 7    everything is in this, what you've given me.
 8    Is it, or not?  Have you gone through --
 9         MR. CALLI:  It should be.  We can check.
10    If you match up the pages with what we've put
11    in your motion, there's only a handful of
12    sections and the answer he gave --
13         THE COURT: Oh, I thought there were --
14    you know what, there may be.
15         MR. CALLI:  The answer he gave relates
16    to about five of the questions.  So, I mean,
17    under that paradigm, our position is going to
18    be look, I've highlighted for you what he
19    answered.  That relates to every question,
20    every argument, every position that comes out
21    and that's -- and Your Honor has already
22    said, as to those matters, you know, when you
23    go back and re-depose or complete your
24    deposition of Mr. Lewis, which occurred.
25         THE COURT:  Right.
```

```
 1          MR. CALLI:  You can't go there, and they
 2     didn't.  And so, you know, we're not -- we're
 3     not expanding, we're not revisiting as so
 4     often happens here.
 5          THE COURT: I mean, am I correct that
 6     we're only looking at page 79, a couple
 7     different sections, three different sections?
 8          MR. CALLI:  Page 79 to 82.
 9          THE COURT: Page 127 -- 79 to 82.
10          MR. CALLI:  Page 127 to 128, 125 to 133
11     in a 16 plus hour deposition --
12          THE COURT: And you're telling me that
13     everything is in this little group that you
14     just handed me?
15          MR. CALLI:  May I approach the bench to
16     look at that to answer the question?
17          THE COURT: I mean, it looks like it may
18     be.
19          MR. CALLI:  It is, Judge.
20          THE COURT: Then do me a favor.
21          MR. CALLI:  Yes.
22          THE COURT: Spend five minutes, just look
23     through it.  It shouldn't take long.  If
24     there's an agreement you can reach, fine.
25     I'm telling you, I am unsealing all of the
```

```
 1              MS. STRADER:  Your Honor, would you like
 2    me to include in that list the pages that
 3    we've agreed to and whether we've agreed to
 4    seal or unseal?
 5              THE COURT: No, because what I'm going to
 6    do -- because you all are going to submit a
 7    proposed order that's going to include not
 8    only that, and you can start on that proposed
 9    order, start circulating that, and then I'll
10    let you know as far as these, and then we'll
11    add that to the areas.  So, in other words,
12    you can put in there that by agreement, you
13    know, this -- maybe what we should do is --
14              MR. CALLI:  Just the sealed parts?
15              THE COURT: Only the sections that are
16    actually sealed.
17              MS. STRADER:  Okay.
18              THE COURT:  The depo is going to be
19    unsealed but these sections will, you know,
20    remain redacted for public dissemination
21    purposes, okay.
22              MS. REY:  Okay.
23              THE COURT:  And then I'll tell you --
24    and we'll call you all, let you know after I
25    look through this.
```