IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 12-CV-22439-COOKE/McAliley

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a sovereign nation and
Federally recognized Indian tribe,
    Plaintiff,

vs.

BILLY CYPRESS; DEXTER WAYNE
LEHTINEN, ESQUIRE; MORGAN
STANLEY SMITH BARNEY, JULIO
MARTINEZ; MIGUEL HERNANDEZ;
GUY LEWIS, ESQUIRE; MICHAEL
TEIN, ESQUIRE; AND LEWIS TEIN, PL,
A Professional Association,
    Defendants.
_____/

## MOTION FOR LEAVE TO AMEND EXHIBIT LIST TO ADD EXHIBIT 47

Miccosukee Tribe of Indians of Florida, Bernardo Roman, III, Esquire, Yinet Pino, Esquire, and Yesenia Lara, Esquire hereby move this Court for leave to amend their Exhibit List (ECF No. 321) to add Exhibit 47:

| Exhibit | Exhibit Description |
|---|---|
| 47 | 1996 Business Council Resolution |

GUNSTER
Counsel to Miccosukee Tribe of Indians of Florida,
Bernardo Roman, III, Yinet Pino & Yesenia Lara
Brickell World Plaza
600 Brickell Avenue, Suite 3500
Miami, Florida 33131
Telephone: 305-376-6000
Facsimile: 305-376-6010

By: /s/ Angel A. Cortiñas
    Angel A. Cortiñas Esq., FBN 797529
    Jonathan H Kaskel, Esq., FBN 52718

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF and that the foregoing has been served on the following Service List through EM/ECF or other means.

By: /s/ Angel A. Cortiñas
Angel A. Cortiñas Esq., FBN 797529
Jonathan H Kaskel, Esq., FBN 52718

**SERVICE LIST**

Scott Alan Lazar, Esquire
Koltun & Lazar
7901 SW 67th Ave., Suite 100
Miami, FL 33143
Telephone: (305)-595-6791
Facsimile: (305)-595-5400
scott@koltunlazar.com
Counsel to Defendant Miguel Hernandez


Paul A. Calli, Esquire
Charles Short, Esquire
Yolanda Strader, Esquire
Carlton Fields, P.A.
100 S.E. 2nd Street, Suite 4000
Miami, FL 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
pcalli@carltonfields.com
cshort@carltonfields.com
ystrader@carltonfields.com
Counsel to Defendants Guy Lewis, Esquire, Michael Tein, Esquire, and Lewis Tein, PL

Manuel A. Avila, Esquire
Manuel A. Avila, Esq. & Associates, P.A.
11120 N. Kendall Drive
Suite 200
Miami, Florida 33176
Telephone: (305) 249-1111
Facsimile: (305) 647-0686
mavila@avilalegal.com
Counsel to Defendant Julio Martinez

Dexter W. Lehtinen, Esquire
Lehtinen Schultz Riedi, etc.
Sabadell Financial Center
1111 Brickell Avenue, Suite 2200
Miami, FL 33131
Phone: 305.760.8544 / Fax: 305.356.5720
criedi@lsrcf.com
*Pro se*

Yinet Pino, Esquire
Yesenia Lara, Esquire
Bernardo Roman, III, Esquire
1250 SW 27th Avenue, Suite 506
Miami, Florida 33135
Telephone: (305) 643-7993
Facsimile: (305) 643-7995
yinet@bromanlaw.com
yesenia@bromanlaw.com
bromanlaw@bellsouth.net
Counsel to Miccosukee Tribe of Indians of Florida

Robert O. Saunooke, Esq.
Saunooke Law Firm, P.A
18620 SW 39th Court
Miramar, FL 33029
Tel: (561) 302-5297
Fax: (954) 499-0598
ndnlawyer@hotmail.com
Counsel to Defendant Billy Cypress

Steven M. Goldsmith, Esq.
Steven M. Goldsmith, P.A.
Co-Counsel for Billy Cypress
5355 Town Center Road, Suite 801
Boca Raton, FL 33486
Tel: (561) 391-4900
Fax: (561) 391-6973
steve.goldsmith@sgoldsmithlaw.com
Counsel to Defendant Billy Cypress