UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-22439-COOKE/MCALILEY

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a sovereign nation and
federally recognized Indian tribe,

    Plaintiff,

v.

BILLY CYPRESS; DEXTER WAYNE LEHTINEN,
ESQUIRE; MORGAN STANLEY SMITH BARNEY;
JULIO MARTINEZ; MIGUEL HERNANDEZ; GUY
LEWIS, ESQUIRE; MICHAEL TEIN, ESQUIRE; and
LEWIS TEIN, PL, a professional association,

    Defendants.
_____/

## ORDER REGARDING SUPPLEMENTAL BRIEFING

The parties may file supplemental memoranda on or before Friday, July 11, 2014, not to exceed 25 pages in length, regarding Defendants Guy Lewis, Michael Tein, and Lewis Tein, PL's Motion for Sanctions (ECF No. 38) and Defendant Dexter Lehtinen's SEALED Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure (ECF No. 273). The supplemental memoranda should address the following issues of fact and law:

1. Is it appropriate to consider imposing sanctions based upon counsel's conduct prior to a determination of the case on its merits?
2. Would any sanction imposed be applicable to the First Amended Complaint, Second Amended Complaint, or both?
3. Against which party(ies) should a sanction, if any, be imposed, i.e., individual counsel, counsel's law firm, the client, all of the above, etc.?
4. Under what authority may sanctions, if any, issue, i.e., Rule 11 motion, *sua sponte* invocation of Rule 11, 28 U.S.C. § 1927, etc.?
5. If sanctions are appropriate and should issue, what sanctions are sought and should be imposed?

**DONE and ORDERED** in chambers, at Miami, Florida, this 2nd day of July 2014.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Chris M. McAliley, U.S. Magistrate Judge*
*Counsel of record*