IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 12-CV-22439-COOKE/McAliley

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA, a sovereign nation and federally recognized Indian tribe,

    Plaintiff,

vs.

BILLY CYPRESS; DEXTER WAYNE LEHTINEN; MORGAN STANLEY SMITH BARNEY, JULIO MARTINEZ; MIGUEL HERNANDEZ; GUY LEWIS; MICHAEL TEIN; and LEWIS TEIN, PL, a professional association,

    Defendants.
_____/

## NOTICE OF FILING DOCUMENT UNDER SEAL

Please take notice that Plaintiff Miccosukee Tribe of Indians of Florida and its attorneys, Bernardo Roman, III, Esq., Yinet Pino, Esq., and Yesenia Lara, Esq., have filed a document under seal.

    Respectfully submitted,

GUNSTER
*Counsel to Plaintiff and its counsel*
600 Brickell Avenue, Suite 3500
Miami, Florida 33131
Telephone: 305-376-6000
Facsimile: 305-376-6010
whill@gunster.com
jkaskel@gunster.com

William K. Hill, FBN 747180
Jonathan H Kaskel, FBN 52718

GUNSTER, YOAKLEY & STEWART, P.A.
PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

GUNSTER
*Counsel to Plaintiff and its counsel*
777 S. Flagler Drive, Suite 500E
West Palm Beach, Florida 33401
Telephone: (561) 655-1980
Facsimile: (561) 671-2519
Edward A. Marod, FBN 238961
emarod@gunster.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2014, I filed the foregoing along with the sealed document with the Clerk of Court, and served the foregoing along with the sealed document on the following Service List via email or other means.

By: _____
William K. Hill

## SERVICE LIST

**Paul A. Calli, Esquire**
**Charles Short, Esquire**
**Yolanda Strader, Esquire**
Carlton Fields, P.A.
100 S.E. 2nd Street, Suite 4000
Miami, FL 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
pcalli@carltonfields.com
cshort@carltonfields.com
ystrader@carltonfields.com
*Counsel to Defendants LewisTein*

**Claudio Riedi, Esquire**
Lehtinen Schultz Riedi, etc.
Sabadell Financial Center
1111 Brickell Avenue, Suite 2200
Miami, FL 33131
Phone: 305.760.8544
Fax: 305.356.5720
criedi@lsrcf.com
*Counsel to Defendant Dexter W. Lehtinen, Esquire*

| | |
|---|---|
| **Yinet Pino, Esquire**<br>**Yesenia Laura, Esquire**<br>**Bernardo Roman, III, Esquire**<br>1250 SW 27th Avenue, Suite 506<br>Miami, Florida 33135<br>Telephone: (305) 643-7993<br>Facsimile: (305) 643-7995<br>yinet@bromanlaw.com<br>yesenia@bromanlaw.com<br>bromanlaw@bellsouth.net<br>*Counsel to Tribe* | **Larry Duffy, Esquire**<br>Lawrence Duffy, P.A.<br>11380 Prosperity Farms Road, Suite 110A<br>Palm Beach Gardens, FL 33410<br>(561) 439-0630<br>lwduffy@bellsouth.net<br>*Counsel to Jose I. Marrero* |
| **Scott Alan Lazar, Esquire**<br>Koltun & Lazar<br>7901 SW 67th Ave., Suite 100<br>Miami, FL 33143<br>Telephone: (305)-595-6791<br>Facsimile: (305)-595-5400<br>scott@koltunlazar.com<br>*Counsel to Defendant Miguel Hernandez* | **Manuel A. Avila, Esquire**<br>Manuel A. Avila, Esq. & Associates, P.A.<br>11120 N. Kendall Drive, Suite 200<br>Miami, Florida 33176<br>Telephone: (305) 249-1111<br>Facsimile: (305) 647-0686<br>mavila@avilalegal.com<br>*Counsel to Defendant Julio Martinez* |
| **Robert O. Saunooke, Esq.**<br>Saunooke Law Firm, P.A<br>18620 SW 39th Court<br>Miramar, FL 33029<br>Tel: (561) 302-5297<br>Fax: (954) 499-0598<br>ndnlawyer@hotmail.com<br>*Counsel to Defendant Billy Cypress* | **Steven M. Goldsmith, Esq.**<br>Steven M. Goldsmith, P.A.<br>5355 Town Center Road, Suite 801<br>Boca Raton, FL 33486<br>Tel: (561) 391-4900<br>Fax: (561) 391-6973<br>steve.goldsmith@sgoldsmithlaw.com<br>*Co-Counsel to Defendant Billy Cypress* |