**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 12-22439-Civ-COOKE/MCALILEY**

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a sovereign nation and
federally recognized Indian tribe,

      Plaintiff,

vs.

BILLY CYPRESS, DEXTER WAYNE LEHTINEN,
ESQUIRE, MORGAN STANLEY SMITH BARNEY,
JULIO MARTINEZ, MIGUEL HERNANDEZ,
GUY LEWIS, ESQUIRE, MICHAEL TEIN,
ESQUIRE, and LEWIS TEIN, PL,

      Defendants.

_____/

**FINAL JUDGMENT AS TO SANCTIONS**

THIS MATTER is before me upon Defendant Lehtinen's Motion for Entry of Final Judgment as to Sanctions, ECF No. 423. On January 16, 2015, I entered my Omnibus Order Granting Defendants' Motions for Sanctions, ECF No. 419, sanctioning the Miccosukee Tribe of Indians of Florida, counsel Bernardo Roman III, Esq., and Bernardo Roman III, P.A. Upon consideration of Defendant Lehtinen's Motion for Entry of Final Judgment as to Sanctions, ECF No. 423, the record, and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED**:

1. Defendant Lehtinen's Motion for Entry of Final Judgment as to Sanctions, ECF No. 423, is **GRANTED**. Final judgment is entered in favor of Dexter W. Lehtinen and against, jointly and severally, the Miccosukee Tribe of Indians of Florida, Bernardo Roman III, and Bernardo Roman III, P.A.

2. Dexter W. Lehtinen shall recover from the Miccosukee Tribe of Indians of Florida, Bernardo Roman III, and Bernardo Roman III, P.A., jointly and severally, the amount of $95,640.00, which shall bear interest at the legal rate set out in 28 U.S.C. § 1961, for which sum let execution issue.

**DONE and ORDERED** in chambers, at Miami, Florida, this 20th day of February 2015.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Chris M. McAliley, U.S. Magistrate Judge*
*Counsel of Record*